# EXHIBIT 1

| Defendant Networks | | | | |
|---|---|---|---|---|
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
| 1 | rimisneaker.cc<br>rimisneaker.ru<br>rimisneaker.us | rimisneaker@gmail.com<br>sz@baofuplus.com | 8615622391330 (Whatsapp)<br>8617359417330 (Whatsapp)<br>UCMtsBM93bWwMNIbYKuLEY8Q (YouTube)<br>rimisneaker_1 (Instagram)<br>rimisneaker (Wechat) | Shiby NY Inc.<br>Ming Fu Hong Trading Limited |
| 2 | bstsneaker.com<br>bstsneakers.com<br>songsneaker.com<br>stockxshoes.com<br>stockxshoesvip.com | amy@bstsneaker.com<br>amy@bstsneakers.com<br>info@smartselfbalancewheel.com<br>maysong@songsneaker.com<br>service@stockxshoes.com | 18950744921 (WeChat)<br>85244048557 (Whatsapp)<br>85297976425 (Whatsapp)<br>8613646012644 (Whatsapp)<br>8618950744921 (Whatsapp)<br>UCW6c2Qjjrc_eRBttl6F-nUQ (YouTube)<br>UCiVgTu562GBKYVETpPrNCHA (YouTube)<br>UCoxkgQebYcC7Wpnc4q5Ykzg (YouTube)<br>UCtnTC07rJe8fiIoxg5xc5qg (YouTube)<br>SongSneaker-105636734730124 (Facebook)<br>bstsneaker.store (Instagram)<br>bstsneakers.store (Instagram)<br>bstsneakersofficial (Instagram) | $ytrading616<br>Mr. Wang |

| Defendant Networks | | | | |
|---|---|---|---|---|
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
| | | | stockxshoes_tt (Instagram) | |
| | | | stockxshoes_xx2 (Instagram) | |
| | | | r/BSTReps (Reddit) | |
| | | | r/Stockxshoescom (Reddit) | |
| 3 | cocoshoes.net<br>cocoshoesvip.com<br>bagsmalles.com | cocoshoes2011@gmail.com | 85264329578 (Whatsapp)<br>UCbFWidqtG9P82KIW81RbNlQ (YouTube)<br>COCO-SHOES-108421181587233 (Facebook)<br>cocoshoesjing_ (Instagram)<br>cocoshoesnet (Instagram)<br>cocoshoesshop_ (Instagram)<br>18950744921 (Wechat) | |
| 4 | buykicks.me | buykicks888@163.com<br>buykicks888@gmail.com<br>shoeboxes0597@gmail.com<br>dingna888@outlook.com | 8618171220597 (Whatsapp)<br>861886529701 (Whatsapp)<br>buykicks88 (Instagram)<br>nicejordansnet3 (Instagram)<br>shoeboxes068 (Instagram)<br>8618171220597 (Wechat)<br>861886529701 (Wechat)<br>8618086529701 (Whatsapp) | |

| Defendant Networks | | | | |
|---|---|---|---|---|
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
| 5 | carlsneaker.com | carlkicks.com@gmail.com<br>baowu66520@163.com | 18396000349 (Whatsapp)<br>8618396000349 (Whatsapp)<br>carlkicks1 (Instagram)<br>carlkicks (Wechat) | Joom E-Commerce Company Limited |
| 6 | ddkicks.net | DDkicks2009@gmail.com<br>chenyansong7706@outlook.com | 8617359057025 (Whatsapp)<br>UC-A9EoPxlEYZjAsyaRBGcjA (YouTube)<br>ddkicks2009 (Instagram)<br>r/ddkicks (Reddit) | |
| 7 | hotkicks.cc<br>hotkicks.org | hotkicks.cc@gmail.com<br>hotkicks666@gmail.com<br>LQG7183167666@gmail.com | 16167554659 (Whatsapp)<br>85257671726 (Whatsapp)<br>hotkicks.cc (Facebook)<br>hotkicks.org (Facebook)<br>hotkicks.cc2 (Instagram)<br>hotkicks_official (Instagram)<br>hotkicksorg.official2 (Instagram)<br>r/HotKicks_Offical (Reddit) | GDLEYU INC. |
| 8 | hypeunique.com<br>hypeunique.is<br>hypeunique.me | cshypeunique@gmail.com<br>lqg718316766@gmail.com | 85251750050 (Whatsapp)<br>UCRdNAICN3iK_tZjr3yrjjdA (YouTube)<br>hypeunique.review (Instagram)<br>hypeunique__review (Instagram) | GDLEYU Inc. |
| 9 | kickmax.ru | kickmax08@gmail.com<br>Delta1879@outlook.com | 85368525066 (Whatsapp)<br>gslucky88 (Instagram) | EFX FASHION INC. |

| Defendant Networks | | | | |
|---|---|---|---|---|
| Defendant Network | Website | Email | Social | Names |
| | | | kickmax0 (Instagram) | |
| 10 | kickscentral.cc<br>kickscentral.me<br>killone.x.yupoo.com | kickscentralnet@gmail.com<br>525843008@qq.com | 8618250518099 (Whatsapp)<br>UCLOCBVp7Np1mfjGVDtok3EA (YouTube)<br>kicks_wow (Instagram)<br>kicksfollow (Instagram)<br>pinkkickz (Instagram)<br>kickscentral (Wechat)<br>r/kickscentral (Reddit) | |
| 11 | kickwho.cc<br>kickwho.xyz | admin@kickwho.org<br>kickwhoofficial@gmail.com | 85253741963 (Whatsapp)<br>85255139716 (Whatsapp)<br>85291452559 (Whatsapp)<br>8613023858310 (Whatsapp)<br>kickwho.snkrs (Instagram)<br>kwsnkrs.review (Instagram)<br>shoe_reviewss (Instagram)<br>kickwho (Wechat)<br>kickwho-snkrs (Wechat)<br>r/kickwho (Reddit)<br>u/kickwho_l (Reddit) | Misstylea |
| 12 | kickzlucas.com | sneaker1908@outlook.com<br>yaozee@hotmail.com<br>kickzlucas@hotmail.com | 8613959504723 (Whatsapp)<br>kickzlucasofficial (Instagram) | 厦门同安区东虹启贸易有限公司<br>Joom E-Commerce Company Limited |
| 13 | lgrose.ru<br>xbl0594.x.yupoo.com | lgroseru@outlook.com<br>guolinleov@yeah.net | 8613599017477 (Whatsapp) | Guoxiong Lin |

| Defendant Networks | | | | |
| --- | --- | --- | --- | --- |
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
| | | | 8613599462933 (Whatsapp) lgrose.ru (Instagram) lgroseru55 (Instagram) | |
| 14 | lkkiks.com | lkkikspro@gmail.com zxg0508@yeah.net | 8613459075059 (Whatsapp) lkkiks_com (Instagram) lkkiks (Wechat) | Xianguo Zhou Bo Ying Trading Hong Kong Limited |
| 15 | 888kicks.ru | service@888kicks.ru zhongwei6983@outlook.com | 85254929956 (Whatsapp) 8617396500129 (Whatsapp) UC_sm5K0xcii0FEZKm4TQYKQ (YouTube) love888kicks (Instagram) r/888kicks (Reddit) | |
| 16 | mangomeee.com | blackstore19@163.com shiyingliao1@gmail.com | 8613255911553 (Whatsapp) 8617759076897 (Whatsapp) mangomeee.snkr (Instagram) mangomeee.snkrr (Instagram) mangomeee2022 (Instagram) mangofamilyshoes (Wechat) mangomeee (Wechat) | MIKA TECHNOLOGY CO., LIMITED |
| 17 | mangomeee.co | lesslieuey@gmail.com mangomeeeofficial@163.com 2803417414@qq.com | 85252610300 (Whatsapp) 85265997053 (Whatsapp) UC3G1SHtuPYzJjtHLKfXcENw (YouTube) | |

| Defendant Networks | | | | |
|---|---|---|---|---|
| Defendant Network | Website | Email | Social | Names |
| | | | mangomeee_official (Instagram) | |
| | | | mangomeeeclub (Instagram) | |
| | | | 44 7927 522960 (Whatsapp) | |
| 18 | monicasneaker.cc | ellen143feng@hotmail.com<br><br>monicasneaker@gmail.com<br><br>921478041@qq.com | 8617007357135 (Whatsapp)<br><br>8618396001806 (Whatsapp)<br><br>monicasneaker.ccc (Instagram)<br><br>8618396001806 (Wechat)<br><br>8617189364043 (Phone)<br><br>r/monicasneaker (Reddit)<br><br>u/og_monica (Reddit) | Ming Fu Hong Trading Limited |
| 19 | houyw.x.yupoo.com | 1044086152@qq.com | 8613266816871 (Whatsapp)<br><br>8618183338814 (Whatsapp)<br><br>mrhou_4898 (Instagram)<br><br>mr-hou4898 (Wechat) | Bo Ying Trading Hong Kong Limited |
| 20 | muksstore.x.yupoo.com | 1273525285@qq.com | 18105229793 (Whatsapp)<br><br>8613799614052 (Whatsapp)<br><br>official_muksstore (Instagram) | 刘永乐<br><br>Bo Ying Trading Hong Kong Limited |
| 21 | rarerapsneaker.x.yupoo.com<br><br>rarerepclothing.x.yupoo.com | 1223778499@qq.com | 8613328838183 (Whatsapp)<br><br>rarerepclothing (Instagram) | Sing Ying Trading Limited |

| Defendant Networks | | | | |
|---|---|---|---|---|
| Defendant Network | Website | Email | Social | Names |
| | | | rarerepsneaker2 (Instagram) | |
| | | | rarerepsneaker3 (Instagram) | |
| | | | 13328838183 (Wechat) | |
| 22 | hewitt2303.x.yupoo.com | 3528315590@qq.com | 8618879144396 (Whatsapp) | |
| | | | ryannorman4 (Instagram) | |
| 23 | sharesneaker.us<br>sharesneaker.vip<br>sharesneakers.us<br>sharesneakers.vip<br>stockxpro.com<br>stockxpro.vip<br>stockxprovip.com<br>supersneakers.vip<br>stylesneaks.com | stockxpro01@gmail.com<br>stylesneaks@gmail.com<br>sharesneakervip@gmail.com | 15659806542 (Whatsapp)<br>85256109281 (Whatsapp)<br>8615659806542 (Whatsapp)<br>UCsn9Ca6IOjScas9rlEeLrXA (YouTube)<br>stockxpro (YouTube)<br>stockxpro.usa (Instagram)<br>stockxprosneakers (Instagram)<br>stockxpro-vip-alice (Wechat)<br>r/StockxPro (Reddit)<br>r/fashionrep (Reddit)<br>r/stockxpro (Reddit)<br>u/stockxproservice (Reddit) | PYN*Cnfashion Club |
| 24 | timsneakers.com | vipcustomerservice1@gmail.com<br>hellotracy2018@qq.com | 8613015983512 (Whatsapp)<br>8618650212083 (Whatsapp)<br>UCw_A-4QUn_CEKM8cfMQpjaQ (YouTube) | |

| Defendant Networks | | | | |
|---|---|---|---|---|
| Defendant Network | Website | Email | Social | Names |
| | | | timsneakerscom (Instagram) 8613015983512 (Wechat) r/Timsneakers (Reddit) r/timsneakers (Reddit) u/timsneakers_com (Reddit) | |
| 25 | ubuysneakers.com | ubuysneakers@outlook.com mislich@outlook.com | 85264265446 (Whatsapp) 85294300508 (Whatsapp) ubuysneakers (Instagram) r/UBuySneakers (Reddit) r/ubuysneakers (Reddit) u/ubuysneakers (Reddit) | Casnda Corp Limited-B2C |
| 26 | ulrica688.x.yupoo.com | 2101979609@qq.com | 8617767113866 (Whatsapp) ulrica688888 (Instagram) | Bo Ying Trading Hong Kong Limited |
| 27 | bmlin.net hypeshoes.co stockxkicks.com wawone.com | bmlinbella@gmail.com hypeshoes.co3@gmail.com stockxkicksvip@gmail.com | 447594776750 (Whatsapp) 85253806268 (Whatsapp) 85267237597 (Whatsapp) 8618039014337 (Whatsapp) UCBvFg4ZvGFGDjGcjkhD__IA (YouTube) UCvCL_rkEWJwi4V4lfzoWHZA (YouTube) hypeshoes.co (Facebook) bmlinshoes1 (Instagram) hypeshoescoo (Instagram) love.nicekicks (Instagram) lovekicks.vip (Instagram) | |

| Defendant Networks | | | | |
|---|---|---|---|---|
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
| | | | stockx_kicks_ (Instagram) r/HYPESHOES_co (Reddit) r/Stockxkicks (Reddit) | |
| 28 | clubkickz.com footskick.ru | clubkickz5@gmail.com footskick2@gmail.com yadonghuang693@outlook.com yildizguney31@gmail.com (PP) alan9527mand@outlook.com (ZL) | 85260981515 (Whatsapp) 8618086465089 (Whatsapp) 861886465089 (Whatsapp) footskicks8 (Instagram) 861886465089 (Wechat) | Star EFX Fashion Inc. |
| 29 | coolkicksmall.com | service@coolkicksmall.com | 8618959235127 (Whatsapp) | $Kaideninc616 |
| 30 | crewkick.net crewkicks.org | crewkickofficial@gmail.com info@crewkick.net service@crewkick.net service@wintopay.com | 18389001437 (Whatsapp) 85252246012 (Whatsapp) UCYxgYy8bBebOmC0X-v5YsDg (YouTube) r/crewKickr3ps (Reddit) u/crewKICK_ (Reddit) | WTP*stepsupshoes |
| 31 | dopesneaker.co | dopesneakersale@hotmail.com 3626967975@qq.com | 8618107269391 (Whatsapp) dopesneaker.co (Instagram) dopesneakerco (Instagram) 8618107269391 (Wechat) | Jiemao Commerce Co. Ltd. Joom E-Commerce Company Limited |
| 32 | flightkickz.cn flightkickz.com kicksgate.com | flightkickz@gmail.com flightkickz2017@gmail.com | 17477671215 (Whatsapp) 7477671215 (Whatsapp) 85255465409 (Whatsapp) | 志雄 祁 Chan Wai |

| Defendant Networks | | | | |
|---|---|---|---|---|
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
|  | ln5factory.com<br>yzynation.com | qzxandy@163.com | 85255465492 (Whatsapp)<br>8615060357238 (Whatsapp)<br>9452646188 (Whatsapp)<br>UCWqUfBzNE3aCVtMk45T75aw (YouTube)<br>fkz.plug (Instagram)<br>fkzonfire (Instagram)<br>ln5plug (Wechat)<br>r/Flightkickz (Reddit)<br>r/flightkickz (Reddit) | Bo Ying Trading Hongkong Limited |
| 33 | gmkim.vn.ua | huijian9023@foxmail.com<br>noreply@ordernotify.net | 639053615408 (Whatsapp)<br>85266080171 (Whatsapp)<br>gmkrose (Instagram)<br>gmktina (Wechat)<br>r/gmksub (Reddit) | 郑会见 |
| 34 | hotkickss.ru | hotkickss1977@hotmail.com<br>czspp2002@outlook.com | 85266617105 (Whatsapp)<br>chancy.green.52 (Facebook)<br>hot20023 (Instagram)<br>852 5347 4599 (Phone) | Joom E-Commerce Company Limited |
| 35 | hypeboost.ru<br>hypeboost.shop<br>hypeboost.store<br>hypeboosts.com<br>hypeboosts.ru | ekodgtrading1@gmail.com | 17079311942 (Whatsapp)<br>85267335067 (Whatsapp)<br>hypeboosts (Instagram)<br>tejasrcpilot (Instagram)<br>hypeboosts (Wechat)<br>r/hypeboosts (Reddit) | EKO DG TRADING INC. |
| 36 | jdfoot.co | jdfootstore@gmail.com | 85253072903 (Whatsapp) | |

| Defendant Networks | | | | |
|---|---|---|---|---|
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
| | clothswmalls.com | | UC71kLLDhnW6aDGytprE2aPA (YouTube) <br> jdfootsneaker (Instagram) <br> jdfootstore (Instagram) | |
| 37 | pkshoes.store | pkshoes3@ordermail.org <br> service@ordermail.org <br> pkshoes5@ordermail.org | PK-Shoes-109037267542255 (Facebook) | Vkomall <br> One Pick (HK) Limited |
| 38 | dunkskicks.org <br> jordankicks.org <br> popkicks.org <br> popshoe.org | emailbestyeezyshoes@gmail.com <br> emailpopkicksrep@gmail.com <br> emailpopsneakersrep@gmail.com <br> popshoeofficial@gmail.com <br> renl37303@gmail.com | popshoeofficial (Instagram) <br> 3233025706 (Phone) | 通城佩娜百货店 <br> PEINABAXNYJ <br> Bo Ying Trading Hong Kong Limited |
| 39 | taosneakers.com <br> cnfashionclub.com | taosneakers@gmail.com | 8529286003 (Whatsapp) <br> 8618059868271 (Whatsapp) <br> UCjWueb4AHR6SYnsTcqRqBVg (YouTube) <br> aceereps (Instagram) <br> rep.education.center (Instagram) <br> taosneakers_ins (Instagram) | |
| 40 | uabat.xyz <br> uabatman.com | liweiliu888@outlook.com | 16466377762 (Whatsapp) <br> 8613607545746 (Whatsapp) <br> 8613666905331 (Whatsapp) <br> uabat.ru (Instagram) | |

| Defendant Networks | | | | |
|---|---|---|---|---|
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
| | | | uabat0 (Instagram) r/UaBat (Reddit) r/uabat (Reddit) u/uabat (Reddit) | |
| 41 | pkstockx.cc | service@pkstockx.com | 19565163160 (Whatsapp) UC7yOIAzmFxvSssIVYbfXBpw (YouTube) pkstock.x (Instagram) uabatman.com (Reddit) | $Kaideninc616 |
| 42 | sneakerwill.shop | wsneakerwill@gmail.com kailllsneakers@gmail.com | 8617359409448 (Whatsapp) 8618605016686 (Whatsapp) sneakerwillshop (Instagram) r/WillSneakers (Reddit) | 莆田百耀科技有限公司 |
| 43 | luckshoes.ru | buyshoesclothing88@gmail.com comes2014@hotmail.com | 8613529089262 (Whatsapp) luckshoesru3 (Instagram) r/luckshoesSneakers (Reddit) u/luckshoes (Reddit) | 丽明 林 |
| 44 | perfectkicks.top | pkdoingthebest@gmail.com pkdoingthebest11@outlook.com | 18059533333 (Whatsapp) 19959503333 (Whatsapp) 8617759018888 (Whatsapp) pkdoingthebest2008 (Instagram) r/PKDoingBest (Reddit) u/PKDoingBest (Reddit) | 建辉 刘 |

| Defendant Networks | | | | |
|---|---|---|---|---|
| **Defendant Network** | **Website** | **Email** | **Social** | **Names** |
| 45 | jaskicks.ru | jaskicks@outlook.com<br>zxq5790316@163.com | 8613288881136 (Whatsapp)<br>jaskicks2008 (Instagram)<br>r/jaskicks2008 (Reddit)<br>u/JASKicks2008 (Reddit) | 钟小青 |
| 46 | coptop.net<br>coptop.ru | coptopvip@gmail.com<br>copsneakers.top@gmail.com | 85261546060 (Whatsapp)<br>coptop.top (Instagram) | COPTOP<br>陈珍琴 |
| 47 | m1sneakers.com | m1sneakers@outlook.com<br>1053245683@qq.com | 85269248974 (Whatsapp)<br>85292478434 (Whatsapp)<br>m1sneakers (Facebook)<br>m1sneakers01 (Instagram) | Casnda Corp Limited-B2C |
| 48 | bombline.cc<br>bombline.la | bombline.cc@gmail.com<br>bomblineofficial@gmail.com<br>lemonzf73@163.com | 85253055346 (Whatsapp)<br>85256157445 (Whatsapp)<br>85268421175 (Whatsapp)<br>bombline_kicks (Instagram)<br>bombline-cc (Wechat)<br>r/BombLine (Reddit) | Bo Ying Trading Hong Kong Limited |
| 49 | ebuysneakers.com | sale@ebuysneakers.com<br>870895201@qq.com | ebuysneakers (Instagram)<br>86 138 5985 5080 (Phone) | |
| 50 | Xylar.co | sales@xylar.co | | SP XYLAR STUDIO |
| 51 | dmsneaker.com<br>rsneakers.fun | rwindsneakers@outlook.com | | $DedianFang |
| 52 | solenlaces.com | solenlaces21@gmail.com | | |