# EXHIBIT 2

| **Infringing Websites by Network** ||
|---|---|
| **No.** | **Infringing Website** |
| **Network 1** ||
| 1 | rimisneaker.cc |
| 2 | rimisneaker.ru |
| 3 | rimisneaker.us |
| **Network 2** ||
| 4 | bstsneaker.com |
| 5 | bstsneakers.com |
| 6 | songsneaker.com |
| 7 | stockxshoes.com |
| 8 | stockxshoesvip.com |
| **Network 3** ||
| 9 | cocoshoes.net |
| 10 | cocoshoesvip.com |
| 11 | bagsmalles.com |
| **Network 4** ||
| 12 | buykicks.me |
| **Network 5** ||
| 13 | carlsneaker.com |
| **Network 6** ||
| 14 | ddkicks.net |
| **Network 7** ||
| 15 | hotkicks.cc |
| 16 | hotkicks.org |

| No. | Infringing Website |
|---|---|
| **Infringing Websites by Network** ||
| **Network 8** ||
| 17 | hypeunique.com |
| 18 | hypeunique.is |
| 19 | hypeunique.me |
| **Network 9** ||
| 20 | kickmax.ru |
| **Network 10** ||
| 21 | kickscentral.cc |
| 22 | kickscentral.me |
| 23 | killone.x.yupoo.com |
| **Network 11** ||
| 24 | kickwho.cc |
| 25 | kickwho.xyz |
| **Network 12** ||
| 26 | kickzlucas.com |
| **Network 13** ||
| 27 | lgrose.ru |
| 28 | xbl0594.x.yupoo.com |
| **Network 14** ||
| 29 | lkkiks.com |
| **Network 15** ||
| 30 | 888kicks.ru |
| **Network 16** ||

| No. | Infringing Website |
|---|---|
| **Infringing Websites by Network** ||
| 31 | mangomeee.com |
| **Network 17** ||
| 32 | mangomeee.co |
| **Network 18** ||
| 33 | monicasneaker.cc |
| **Network 19** ||
| 34 | houyw.x.yupoo.com |
| **Network 20** ||
| 35 | muksstore.x.yupoo.com |
| **Network 21** ||
| 36 | rarerapsneaker.x.yupoo.com |
| 37 | rarerepclothing.x.yupoo.com |
| **Network 22** ||
| 38 | hewitt2303.x.yupoo.com |
| **Network 23** ||
| 39 | sharesneaker.us |
| 40 | sharesneaker.vip |
| 41 | sharesneakers.us |
| 42 | sharesneakers.vip |
| 43 | stockxpro.com |
| 44 | stockxpro.vip |
| 45 | stockxprovip.com |
| 46 | supersneakers.vip |

| Infringing Websites by Network ||
|---|---|
| **No.** | **Infringing Website** |
| 47 | stylesneaks.com |
| **Network 24** ||
| 48 | timsneakers.com |
| **Network 25** ||
| 49 | ubuysneakers.com |
| **Network 26** ||
| 50 | ulrica688.x.yupoo.com |
| **Network 27** ||
| 51 | bmlin.net |
| 52 | hypeshoes.co |
| 53 | stockxkicks.com |
| 54 | wawone.com |
| **Network 28** ||
| 55 | clubkickz.com |
| 56 | footskick.ru |
| **Network 29** ||
| 57 | coolkicksmall.com |
| **Network 30** ||
| 58 | crewkick.net |
| 59 | crewkicks.org |
| **Network 31** ||
| 60 | dopesneaker.co |
| **Network 32** ||

| Infringing Websites by Network ||
|---|---|
| **No.** | **Infringing Website** |
| 61 | flightkickz.cn |
| 62 | flightkickz.com |
| 63 | kicksgate.com |
| 64 | ln5factory.com |
| 65 | yzynation.com |
| **Network 33** ||
| 66 | gmkim.vn.ua |
| **Network 34** ||
| 67 | hotkickss.ru |
| **Network 35** ||
| 68 | hypeboost.ru |
| 69 | hypeboost.shop |
| 70 | hypeboost.store |
| 71 | hypeboosts.com |
| 72 | hypeboosts.ru |
| **Network 36** ||
| 73 | jdfoot.co |
| 74 | clothswmalls.com |
| **Network 37** ||
| 75 | pkshoes.store |
| **Network 38** ||
| 76 | dunkskicks.org |
| 77 | jordankicks.org |

| Infringing Websites by Network ||
|---|---|
| **No.** | **Infringing Website** |
| 78 | popkicks.org |
| 79 | popshoe.org |
| **Network 39** ||
| 80 | taosneakers.com |
| 81 | cnfashionclub.com |
| **Network 40** ||
| 82 | uabat.xyz |
| 83 | uabatman.com |
| **Network 41** ||
| 84 | pkstockx.cc |
| **Network 42** ||
| 85 | sneakerwill.shop |
| **Network 43** ||
| 86 | luckshoes.ru |
| **Network 44** ||
| 87 | perfectkicks.top |
| **Network 45** ||
| 88 | jaskicks.ru |
| **Network 46** ||
| 89 | coptop.net |
| 90 | coptop.ru |
| **Network 47** ||
| 91 | m1sneakers.com |

| Infringing Websites by Network ||
|---|---|
| **No.** | **Infringing Website** |
| **Network 48** ||
| 92 | bombline.cc |
| 93 | bombline.la |
| **Network 49** ||
| 94 | ebuysneakers.com |
| **Network 50** ||
| 95 | Xylar.co |
| **Network 51** ||
| 96 | dmsneaker.com |
| 97 | rsneakers.fun |
| **Network 52** ||
| 98 | solenlaces.com |