# EXHIBIT 3

| No. | Email Address |
|---|---|
| **Defendants' Known Email Addresses** | |
| **Network 1** | |
| 1 | rimisneaker@gmail.com |
| 2 | sz@baofuplus.com |
| **Network 2** | |
| 3 | amy@bstsneaker.com |
| 4 | amy@bstsneakers.com |
| 5 | info@smartselfbalancewheel.com |
| 6 | maysong@songsneaker.com |
| 7 | service@stockxshoes.com |
| **Network 3** | |
| 8 | cocoshoes2011@gmail.com |
| **Network 4** | |
| 9 | buykicks888@163.com |
| 10 | buykicks888@gmail.com |
| 11 | shoeboxes0597@gmail.com |
| 12 | dingna888@outlook.com |
| **Network 5** | |
| 13 | carlkicks.com@gmail.com |
| 14 | baowu66520@163.com |
| **Network 6** | |
| 15 | DDkicks2009@gmail.com |
| 16 | chenyansong7706@outlook.com |
| **Network 7** | |

| Defendants' Known Email Addresses | |
|---|---|
| **No.** | **Email Address** |
| 17 | hotkicks.cc@gmail.com |
| 18 | hotkicks666@gmail.com |
| 19 | LQG7183167666@gmail.com |
| **Network 8** | |
| 20 | cshypeunique@gmail.com |
| 21 | lqg718316766@gmail.com |
| **Network 9** | |
| 22 | kickmax08@gmail.com |
| 23 | Delta1879@outlook.com |
| **Network 10** | |
| 24 | kickscentralnet@gmail.com |
| 25 | 525843008@qq.com |
| **Network 11** | |
| 26 | admin@kickwho.org |
| 27 | kickwhoofficial@gmail.com |
| **Network 12** | |
| 28 | sneaker1908@outlook.com |
| 29 | yaozee@hotmail.com |
| 30 | kickzlucas@hotmail.com |
| **Network 13** | |
| 31 | lgroseru@outlook.com |
| 32 | guolinleov@yeah.net |
| **Network 14** | |

| Defendants' Known Email Addresses | |
|---|---|
| **No.** | **Email Address** |
| 33 | lkkikspro@gmail.com |
| 34 | zxg0508@yeah.net |
| Network 15 | |
| 35 | service@888kicks.ru |
| 36 | zhongwei6983@outlook.com |
| Network 16 | |
| 37 | blackstore19@163.com |
| 38 | shiyingliao1@gmail.com |
| Network 17 | |
| 39 | lesslieuey@gmail.com |
| 40 | mangomeeeofficial@163.com |
| 41 | 2803417414@qq.com |
| Network 18 | |
| 42 | ellen143feng@hotmail.com |
| 43 | monicasneaker@gmail.com |
| 44 | 921478041@qq.com |
| Network 19 | |
| 45 | 1044086152@qq.com |
| Network 20 | |
| 46 | 1273525285@qq.com |
| Network 21 | |
| 47 | 1223778499@qq.com |
| Network 22 | |

| Defendants' Known Email Addresses | |
|---|---|
| **No.** | **Email Address** |
| 48 | 3528315590@qq.com |
| **Network 23** | |
| 49 | stockxpro01@gmail.com |
| 50 | stylesneaks@gmail.com |
| 51 | sharesneakervip@gmail.com |
| **Network 24** | |
| 52 | vipcustomerservice1@gmail.com |
| 53 | hellotracy2018@qq.com |
| **Network 25** | |
| 54 | ubuysneakers@outlook.com |
| 55 | mislich@outlook.com |
| **Network 26** | |
| 56 | 2101979609@qq.com |
| **Network 27** | |
| 57 | bmlinbella@gmail.com |
| 58 | hypeshoes.co3@gmail.com |
| 59 | stockxkicksvip@gmail.com |
| **Network 28** | |
| 60 | clubkickz5@gmail.com |
| 61 | footskick2@gmail.com |
| 62 | yadonghuang693@outlook.com |
| 63 | yildizguney31@gmail.com (PP) |
| 64 | alan9527mand@outlook.com (ZL) |

| Defendants' Known Email Addresses | |
|---|---|
| **No.** | **Email Address** |
| Network 29 | |
| 65 | service@coolkicksmall.com |
| Network 30 | |
| 66 | crewkickofficial@gmail.com |
| 67 | info@crewkick.net |
| 68 | service@crewkick.net |
| 69 | service@wintopay.com |
| Network 31 | |
| 70 | dopesneakersale@hotmail.com |
| 71 | 3626967975@qq.com |
| Network 32 | |
| 72 | flightkickz@gmail.com |
| 73 | flightkickz2017@gmail.com |
| 74 | qzxandy@163.com |
| Network 33 | |
| 75 | huijian9023@foxmail.com |
| 76 | noreply@ordernotify.net |
| Network 34 | |
| 77 | hotkickss1977@hotmail.com |
| 78 | czspp2002@outlook.com |
| Network 35 | |
| 79 | ekodgtrading1@gmail.com |
| Network 36 | |

| No. | Email Address |
|---|---|
| **Defendants' Known Email Addresses** ||
| 80 | jdfootstore@gmail.com |
| **Network 37** ||
| 81 | pkshoes3@ordermail.org |
| 82 | service@ordermail.org |
| 83 | pkshoes5@ordermail.org |
| **Network 38** ||
| 84 | emailbestyeezyshoes@gmail.com |
| 85 | emailpopkicksrep@gmail.com |
| 86 | emailpopsneakersrep@gmail.com |
| 87 | popshoeofficial@gmail.com |
| 88 | renl37303@gmail.com |
| **Network 39** ||
| 89 | taosneakers@gmail.com |
| **Network 40** ||
| 90 | liweiliu888@outlook.com |
| **Network 41** ||
| 91 | service@pkstockx.com |
| **Network 42** ||
| 92 | wsneakerwill@gmail.com |
| 93 | kailllsneakers@gmail.com |
| **Network 43** ||
| 94 | buyshoesclothing88@gmail.com |
| 95 | comes2014@hotmail.com |

| Defendants' Known Email Addresses | |
|---|---|
| **No.** | **Email Address** |
| **Network 44** | |
| 96 | pkdoingthebest@gmail.com |
| 97 | pkdoingthebest11@outlook.com |
| **Network 45** | |
| 98 | jaskicks@outlook.com |
| 99 | zxq5790316@163.com |
| **Network 46** | |
| 100 | coptopvip@gmail.com |
| 101 | copsneakers.top@gmail.com |
| **Network 47** | |
| 102 | m1sneakers@outlook.com |
| 103 | 1053245683@qq.com |
| **Network 48** | |
| 104 | bombline.cc@gmail.com |
| 105 | bomblineofficial@gmail.com |
| 106 | lemonzf73@163.com |
| **Network 49** | |
| 107 | sale@ebuysneakers.com |
| 108 | 870895201@qq.com |
| **Network 50** | |
| 109 | sales@xylar.co |
| **Network 51** | |
| 110 | rwindsneakers@outlook.com |

| Defendants' Known Email Addresses | |
|---|---|
| **No.** | **Email Address** |
| **Network 52** | |
| 111 | solenlaces21@gmail.com |