# EXHIBIT 4

| No. | Type | Handle |
|---|---|---|
| **Infringing Social Media** | | |
| **Network 1** | | |
| 1 | WhatsApp | 8615622391330 |
| 2 | WhatsApp | 8617359417330 |
| 3 | YouTube | UCMtsBM93bWwMNIbYKuLEY8Q |
| 4 | Instagram | rimisneaker_1 |
| 5 | WeChat | rimisneaker |
| **Network 2** | | |
| 6 | WeChat | 18950744921 |
| 7 | WhatsApp | 85244048557 |
| 8 | WhatsApp | 85297976425 |
| 9 | WhatsApp | 8613646012644 |
| 10 | WhatsApp | 8618950744921 |
| 11 | YouTube | UCW6c2Qjjrc_eRBttl6F-nUQ |
| 12 | YouTube | UCiVgTu562GBKYVETpPrNCHA |
| 13 | YouTube | UCoxkgQebYcC7Wpnc4q5Ykzg |
| 14 | YouTube | UCtnTC07rJe8fiIoxg5xc5qg |
| 15 | Facebook | SongSneaker-105636734730124 |
| 16 | Instagram | bstsneaker.store |
| 17 | Instagram | bstsneakers.store |
| 18 | Instagram | bstsneakersofficial |
| 19 | Instagram | stockxshoes_tt |
| 20 | Instagram | stockxshoes_xx2 |
| 21 | Reddit | r/BSTReps |

| **Infringing Social Media** |||
|---|---|---|
| **No.** | **Type** | **Handle** |
| 22 | Reddit | r/Stockxshoescom |
| **Network 3** |||
| 23 | WhatsApp | 85264329578 |
| 24 | YouTube | UCbFWidqtG9P82KIW81RbNlQ |
| 25 | Facebook | COCO-SHOES-108421181587233 |
| 26 | Instagram | cocoshoesjing_ |
| 27 | Instagram | cocoshoesnet |
| 28 | Instagram | cocoshoesshop_ |
| 29 | WeChat | 18950744921 |
| **Network 4** |||
| 30 | WhatsApp | 8618171220597 |
| 31 | WhatsApp | 861886529701 |
| 32 | Instagram | buykicks88 |
| 33 | Instagram | nicejordansnet3 |
| 34 | Instagram | shoeboxes068 |
| 35 | WeChat | 8618171220597 |
| 36 | WeChat | 861886529701 |
| 37 | WhatsApp | 8618086529701 |
| **Network 5** |||
| 38 | WhatsApp | 18396000349 |
| 39 | WhatsApp | 8618396000349 |
| 40 | Instagram | carlkicks1 |
| 41 | WeChat | carlkicks |

| No. | Type | Handle |
|---|---|---|
| **Infringing Social Media** | | |
| **Network 6** | | |
| 42 | WhatsApp | 8617359057025 |
| 43 | YouTube | UC-A9EoPxlEYZjAsyaRBGcjA |
| 44 | Instagram | ddkicks2009 |
| 45 | Reddit | r/ddkicks |
| **Network 7** | | |
| 46 | WhatsApp | 16167554659 |
| 47 | WhatsApp | 85257671726 |
| 48 | Facebook | hotkicks.cc |
| 49 | Facebook | hotkicks.org |
| 50 | Instagram | hotkicks.cc2 |
| 51 | Instagram | hotkicks_official |
| 52 | Instagram | hotkicksorg.official2 |
| 53 | Reddit | r/HotKicks_Offical |
| **Network 8** | | |
| 54 | WhatsApp | 85251750050 |
| 55 | YouTube | UCRdNAICN3iK_tZjr3yrjjdA |
| 56 | Instagram | hypeunique.review |
| 57 | Instagram | hypeunique__review |
| **Network 9** | | |
| 58 | WhatsApp | 85368525066 |
| 59 | Instagram | gslucky88 |
| 60 | Instagram | kickmax0 |

3

| No. | Type | Handle |
|---|---|---|
| **Infringing Social Media** | | |
| **Network 10** | | |
| 61 | WhatsApp | 8618250518099 |
| 62 | YouTube | UCLOCBVp7Np1mfjGVDtok3EA |
| 63 | Instagram | kicks_wow |
| 64 | Instagram | kicksfollow |
| 65 | Instagram | pinkkickz |
| 66 | WeChat | kickscentral |
| 67 | Reddit | r/kickscentral |
| **Network 11** | | |
| 68 | WhatsApp | 85253741963 |
| 69 | WhatsApp | 85255139716 |
| 70 | WhatsApp | 85291452559 |
| 71 | WhatsApp | 8613023858310 |
| 72 | Instagram | kickwho.snkrs |
| 73 | Instagram | kwsnkrs.review |
| 74 | Instagram | shoe_reviewss |
| 75 | WeChat | kickwho |
| 76 | WeChat | kickwho-snkrs |
| 77 | Reddit | r/kickwho |
| 78 | Reddit | u/kickwho_1 |
| **Network 12** | | |
| 79 | WhatsApp | 8613959504723 |
| 80 | Instagram | kickzlucasofficial |

4

| No. | Type | Handle |
|---|---|---|
| Infringing Social Media | | |

| No. | Type | Handle |
|---|---|---|
| **Infringing Social Media** | | |
| | | |
| **Network 13** | | |
| 81 | WhatsApp | 8613599017477 |
| 82 | WhatsApp | 8613599462933 |
| 83 | Instagram | lgrose.ru |
| 84 | Instagram | lgroseru55 |
| **Network 14** | | |
| 85 | WhatsApp | 8613459075059 |
| 86 | Instagram | lkkiks_com |
| 87 | WeChat | lkkiks |
| **Network 15** | | |
| 88 | WhatsApp | 85254929956 |
| 89 | WhatsApp | 8617396500129 |
| 90 | YouTube | UC_sm5K0xcii0FEZKm4TQYKQ |
| 91 | Instagram | love888kicks |
| 92 | Reddit | r/888kicks |
| **Network 16** | | |
| 93 | WhatsApp | 8613255911553 |
| 94 | WhatsApp | 8617759076897 |
| 95 | Instagram | mangomeee.snkr |
| 96 | Instagram | mangomeee.snkrr |
| 97 | Instagram | mangomeee2022 |
| 98 | WeChat | mangofamilyshoes |
| 99 | WeChat | mangomeee |

5

| | **Infringing Social Media** | |
|---|---|---|
| **No.** | **Type** | **Handle** |
| **Network 17** | | |
| 100 | WhatsApp | 85252610300 |
| 101 | WhatsApp | 85265997053 |
| 102 | YouTube | UC3G1SHtuPYzJjtHLKfXcENw |
| 103 | Instagram | mangomeee_official |
| 104 | Instagram | mangomeeeclub |
| 105 | WhatsApp | 44 7927 522960 |
| **Network 18** | | |
| 106 | WhatsApp | 8617007357135 |
| 107 | WhatsApp | 8618396001806 |
| 108 | Instagram | monicasneaker.ccc |
| 109 | WeChat | 8618396001806 |
| 110 | Phone | 8617189364043 |
| 111 | Reddit | r/monicasneaker |
| 112 | Reddit | u/og_monica |
| **Network 19** | | |
| 113 | WhatsApp | 8613266816871 |
| 114 | WhatsApp | 8618183338814 |
| 115 | Instagram | mrhou_4898 |
| 116 | WeChat | mr-hou4898 |
| **Network 20** | | |
| 117 | WhatsApp | 18105229793 |
| 118 | WhatsApp | 8613799614052 |

6

| No. | Type | Handle |
|---|---|---|
| | | **Infringing Social Media** |
| 119 | Instagram | official_muksstore |
| | | **Network 21** |
| 120 | WhatsApp | 8613328838183 |
| 121 | Instagram | rarerepclothing |
| 122 | Instagram | rarerepsneaker2 |
| 123 | Instagram | rarerepsneaker3 |
| 124 | WeChat | 13328838183 |
| | | **Network 22** |
| 125 | WhatsApp | 8618879144396 |
| 126 | Instagram | ryannorman4 |
| | | **Network 23** |
| 127 | WhatsApp | 15659806542 |
| 128 | WhatsApp | 85256109281 |
| 129 | WhatsApp | 8615659806542 |
| 130 | YouTube | UCsn9Ca6IOjScas9rlEeLrXA |
| 131 | YouTube | stockxpro |
| 132 | Instagram | stockxpro.usa |
| 133 | Instagram | stockxprosneakers |
| 134 | WeChat | stockxpro-vip-alice |
| 135 | Reddit | r/StockxPro |
| 136 | Reddit | r/fashionrep |
| 137 | Reddit | r/stockxpro |
| 138 | Reddit | u/stockxproservice |

| No. | Type | Handle |
|---|---|---|
| **Infringing Social Media** | | |
| **Network 24** | | |
| 139 | WhatsApp | 8613015983512 |
| 140 | WhatsApp | 8618650212083 |
| 141 | YouTube | UCw_A-4QUn_CEKM8cfMQpjaQ |
| 142 | Instagram | timsneakerscom |
| 143 | WeChat | 8613015983512 |
| 144 | Reddit | r/Timsneakers |
| 145 | Reddit | r/timsneakers |
| 146 | Reddit | u/timsneakers_com |
| **Network 25** | | |
| 147 | WhatsApp | 85264265446 |
| 148 | WhatsApp | 85294300508 |
| 149 | Instagram | ubuysneakers |
| 150 | Reddit | r/UBuySneakers |
| 151 | Reddit | r/ubuysneakers |
| 152 | Reddit | u/ubuysneakers |
| **Network 26** | | |
| 153 | WhatsApp | 8617767113866 |
| 154 | Instagram | ulrica688888 |
| **Network 27** | | |
| 155 | WhatsApp | 447594776750 |
| 156 | WhatsApp | 85253806268 |
| 157 | WhatsApp | 85267237597 |

| No. | Type | Handle |
|---|---|---|
| **Infringing Social Media** | | |
| 158 | WhatsApp | 8618039014337 |
| 159 | YouTube | UCBvFg4ZvGFGDjGcjkhD__IA |
| 160 | YouTube | UCvCL_rkEWJwi4V4lfzoWHZA |
| 161 | Facebook | hypeshoes.co |
| 162 | Instagram | bmlinshoes1 |
| 163 | Instagram | hypeshoescoo |
| 164 | Instagram | love.nicekicks |
| 165 | Instagram | lovekicks.vip |
| 166 | Instagram | stockx_kicks_ |
| 167 | Reddit | r/HYPESHOES_co |
| 168 | Reddit | r/Stockxkicks |
| **Network 28** | | |
| 169 | WhatsApp | 85260981515 |
| 170 | WhatsApp | 8618086465089 |
| 171 | WhatsApp | 861886465089 |
| 172 | Instagram | footskicks8 |
| 173 | WeChat | 861886465089 |
| **Network 29** | | |
| 174 | WhatsApp | 8618959235127 |
| **Network 30** | | |
| 175 | WhatsApp | 18389001437 |
| 176 | WhatsApp | 85252246012 |
| 177 | YouTube | UCYxgYy8bBebOmC0X-v5YsDg |

9

| | **Infringing Social Media** | |
|---|---|---|
| **No.** | **Type** | **Handle** |
| 178 | Reddit | r/crewKickr3ps |
| 179 | Reddit | u/crewKICK_ |
| | **Network 31** | |
| 180 | WhatsApp | 8618107269391 |
| 181 | Instagram | dopesneaker.co |
| 182 | Instagram | dopesneakerco |
| 183 | WeChat | 8618107269391 |
| | **Network 32** | |
| 184 | WhatsApp | 17477671215 |
| 185 | WhatsApp | 7477671215 |
| 186 | WhatsApp | 85255465409 |
| 187 | WhatsApp | 85255465492 |
| 188 | WhatsApp | 8615060357238 |
| 189 | WhatsApp | 9452646188 |
| 190 | YouTube | UCWqUfBzNE3aCVtMk45T75aw |
| 191 | Instagram | fkz.plug |
| 192 | Instagram | fkzonfire |
| 193 | WeChat | ln5plug |
| 194 | Reddit | r/Flightkickz |
| 195 | Reddit | r/flightkickz |
| | **Network 33** | |
| 196 | WhatsApp | 639053615408 |
| 197 | WhatsApp | 85266080171 |

10

| No. | Type | Handle |
|---|---|---|
|  | **Infringing Social Media** | |
| 198 | Instagram | gmkrose |
| 199 | WeChat | gmktina |
| 200 | Reddit | r/gmksub |
| **Network 34** | | |
| 201 | WhatsApp | 85266617105 |
| 202 | Facebook | chancy.green.52 |
| 203 | Instagram | hot20023 |
| 204 | Phone | 852 5347 4599 |
| **Network 35** | | |
| 205 | WhatsApp | 17079311942 |
| 206 | WhatsApp | 85267335067 |
| 207 | Instagram | hypeboosts |
| 208 | Instagram | tejasrcpilot |
| 209 | WeChat | hypeboosts |
| 210 | Reddit | r/hypeboosts |
| **Network 36** | | |
| 211 | Whatsapp | 85253072903 |
| 212 | YouTube | UC71kLLDhnW6aDGytprE2aPA |
| 213 | Instagram | jdfootsneaker |
| 214 | Instagram | jdfootstore |
| **Network 37** | | |
| 215 | Facebook | PK-Shoes-109037267542255 |
| **Network 38** | | |

| No. | Type | Handle |
|---|---|---|
| Infringing Social Media | | |
| 216 | Instagram | popshoeofficial |
| 217 | Phone | 3233025706 |
| Network 39 | | |
| 218 | Whatsapp | 8529286003 |
| 219 | Whatsapp | 8618059868271 |
| 220 | YouTube | UCjWueb4AHR6SYnsTcqRqBVg |
| 221 | Instagram | aceereps |
| 222 | Instagram | rep.education.center |
| 223 | Instagram | taosneakers_ins |
| Network 40 | | |
| 224 | Whatsapp | 16466377762 |
| 225 | Whatsapp | 8613607545746 |
| 226 | Whatsapp | 8613666905331 |
| 227 | Instagram | uabat.ru |
| 228 | Instagram | uabat0 |
| 229 | Reddit | r/UaBat |
| 230 | Reddit | r/uabat |
| 231 | Reddit | u/uabat |
| Network 41 | | |
| 232 | Whatsapp | 19565163160 |
| 233 | YouTube | UC7yOIAzmFxvSssIVYbfXBpw |
| 234 | Instagram | pkstock.x |
| 235 | Reddit | uabatman.com |

| No. | Type | Handle |
|---|---|---|
| **Infringing Social Media** | | |
| **Network 42** | | |
| 236 | Whatsapp | 8617359409448 |
| 237 | Whatsapp | 8618605016686 |
| 238 | Instagram | sneakerwillshop |
| 239 | Reddit | r/WillSneakers |
| **Network 43** | | |
| 240 | Whatsapp | 8613529089262 |
| 241 | Instagram | luckshoesru3 |
| 242 | Reddit | r/luckshoesSneakers |
| 243 | Reddit | u/luckshoes |
| **Network 44** | | |
| 244 | Whatsapp | 18059533333 |
| 245 | Whatsapp | 19959503333 |
| 246 | Whatsapp | 8617759018888 |
| 247 | Instagram | pkdoingthebest2008 |
| 248 | Reddit | r/PKDoingBest |
| 249 | Reddit | u/PKDoingBest |
| **Network 45** | | |
| 250 | Whatsapp | 8613288881136 |
| 251 | Instagram | jaskicks2008 |
| 252 | Reddit | r/jaskicks2008 |
| 253 | Reddit | u/JASKicks2008 |
| **Network 46** | | |

13

| **Infringing Social Media** |||
|---|---|---|
| **No.** | **Type** | **Handle** |
| 254 | Whatsapp | 85261546060 |
| 255 | Instagram | coptop.top |
| **Network 47** |||
| 256 | Whatsapp | 85269248974 |
| 257 | Whatsapp | 85292478434 |
| 258 | Facebook | m1sneakers |
| 259 | Instagram | m1sneakers01 |
| **Network 48** |||
| 260 | Whatsapp | 85253055346 |
| 261 | Whatsapp | 85256157445 |
| 262 | Whatsapp | 85268421175 |
| 263 | Instagram | bombline_kicks |
| 264 | WeChat | bombline-cc |
| 265 | Reddit | r/BombLine |
| **Network 49** |||
| 266 | Instagram | ebuysneakers |
| 267 | Phone | 86 138 5985 5080 |

14