# EXHIBIT 5

| **Defendants' Known Names** ||
| --- | --- |
| No. | Known Defendant Names and Merchant Names |
| **Network 1** ||
| 1 | Shiby NY Inc. |
| 2 | Ming Fu Hong Trading Limited |
| **Network 2** ||
| 3 | $ytrading616 |
| 4 | Mr. Wang |
| **Network 5** ||
| 5 | Joom E-Commerce Company Limited |
| **Network 7** ||
| 6 | GDLEYU INC. |
| **Network 8** ||
| 7 | GDLEYU Inc. |
| **Network 9** ||
| 8 | EFX FASHION INC. |
| **Network 11** ||
| 9 | misstylea |
| **Network 12** ||
| 10 | 厦门同安区东虹启贸易有限公司 |
| 11 | Joom E-Commerce Company Limited |
| **Network 13** ||
| 12 | Guoxiong Lin |
| **Network 14** ||
| 13 | Xianguo Zhou |

| **Defendants' Known Names** ||
|---|---|
| **No.** | **Known Defendant Names and Merchant Names** |
| 14 | Bo Ying Trading Hong Kong Limited |
| **Network 16** ||
| 15 | MIKA TECHNOLOGY CO., LIMITED |
| **Network 18** ||
| 16 | Ming Fu Hong Trading Limited |
| **Network 19** ||
| 17 | Bo Ying Trading Hong Kong Limited |
| **Network 20** ||
| 18 | 刘永乐 |
| 19 | Bo Ying Trading Hong Kong Limited |
| **Network 21** ||
| 20 | Sing Ying Tradind Limited |
| **Network 25** ||
| 21 | Casnda Corp Limited-B2C |
| **Network 26** ||
| 22 | Bo Ying Trading Hong Kong Limited |
| **Network 28** ||
| 23 | Star EFX Fashion Inc. |
| **Network 29** ||
| 24 | $Kaideninc616 |
| **Network 30** ||
| 25 | WTP*stepsupshoes |
| **Network 32** ||

| | |
|---|---|
| **Defendants' Known Names** | |
| **No.** | **Known Defendant Names and Merchant Names** |
| 26 | 志雄 祁 |
| | **Network 33** |
| 27 | 郑会见 |
| | **Network 34** |
| 28 | Joom E-Commerce Company Limited |
| | **Network 35** |
| 29 | EKO DG TRADING INC. |
| | **Network 37** |
| 30 | Vkomall |
| 31 | One Pick (HK) Limited |
| | **Network 38** |
| 32 | 通城佩娜百货店 |
| 33 | PEINABAXNYJ |
| 34 | Bo Ying Trading Hong Kong Limited |
| | **Network 41** |
| 35 | $Kaideninc616 |
| | **Network 42** |
| 36 | 莆田百耀科技有限公司 |
| | **Network 43** |
| 37 | 丽明 林 |
| | **Network 44** |
| 38 | 建辉 刘 |
| | **Network 45** |

| Defendants' Known Names ||
|:---:|:---|
| **No.** | **Known Defendant Names and Merchant Names** |
| 39 | 钟小青 |
| **Network 46** ||
| 40 | COPTOP |
| 41 | 陈珍琴 |
| **Network 47** ||
| 42 | Casnda Corp Limited-B2C |
| **Network 48** ||
| 43 | Bo Ying Trading Hong Kong Limited |
| **Network 50** ||
| 44 | SP XYLAR STUDIO |
| **Network 51** ||
| 45 | $DedianFang |