# EXHIBIT 7

| Infringing Websites by Domain Name ||
|---|---|
| **No.** | **Infringing Website** |
| .cc ||
| 1. | bombline.cc |
| 2. | hotkicks.cc |
| 3. | kickscentral.cc |
| 4. | kickwho.cc |
| 5. | monicasneaker.cc |
| 6. | pkstockx.cc |
| 7. | rimisneaker.cc |
| .cn ||
| 8. | flightkickz.cn |
| .co ||
| 9. | dopesneaker.co |
| 10. | hypeshoes.co |
| 11. | jdfoot.co |
| 12. | mangomeee.co |
| 13. | Xylar.co |
| .com ||
| 14. | bagsmalles.com |
| 15. | bstsneaker.com |
| 16. | bstsneakers.com |
| 17. | carlsneaker.com |
| 18. | clothswmalls.com |
| 19. | clubkickz.com |

| Infringing Websites by Domain Name ||
|---|---|
| **No.** | **Infringing Website** |
| 20. | cnfashionclub.com |
| 21. | cocoshoesvip.com |
| 22. | coolkicksmall.com |
| 23. | dmsneaker.com |
| 24. | ebuysneakers.com |
| 25. | flightkickz.com |
| 26. | hypeboosts.com |
| 27. | hypeunique.com |
| 28. | kicksgate.com |
| 29. | kickzlucas.com |
| 30. | lkkiks.com |
| 31. | ln5factory.com |
| 32. | m1sneakers.com |
| 33. | mangomeee.com |
| 34. | solenlaces.com |
| 35. | songsneaker.com |
| 36. | stockxkicks.com |
| 37. | stockxpro.com |
| 38. | stockxprovip.com |
| 39. | stockxshoes.com |
| 40. | stockxshoesvip.com |
| 41. | stylesneaks.com |
| 42. | taosneakers.com |

| Infringing Websites by Domain Name ||
|---|---|
| **No.** | **Infringing Website** |
| 43. | timsneakers.com |
| 44. | uabatman.com |
| 45. | ubuysneakers.com |
| 46. | wawone.com |
| 47. | yzynation.com |
| **.fun** ||
| 48. | rsneakers.fun |
| **.is** ||
| 49. | hypeunique.is |
| **.la** ||
| 50. | bombline.la |
| **.me** ||
| 51. | buykicks.me |
| 52. | hypeunique.me |
| 53. | kickscentral.me |
| **.net** ||
| 54. | bmlin.net |
| 55. | cocoshoes.net |
| 56. | coptop.net |
| 57. | crewkick.net |
| 58. | ddkicks.net |
| **.org** ||
| 59. | crewkicks.org |

| Infringing Websites by Domain Name ||
|---|---|
| **No.** | **Infringing Website** |
| 60. | dunkskicks.org |
| 61. | hotkicks.org |
| 62. | jordankicks.org |
| 63. | popkicks.org |
| 64. | popshoe.org |
| **.ru** ||
| 65. | 888kicks.ru |
| 66. | coptop.ru |
| 67. | footskick.ru |
| 68. | hotkickss.ru |
| 69. | hypeboost.ru |
| 70. | hypeboosts.ru |
| 71. | jaskicks.ru |
| 72. | kickmax.ru |
| 73. | lgrose.ru |
| 74. | luckshoes.ru |
| 75. | rimisneaker.ru |
| **.shop** ||
| 76. | hypeboost.shop |
| 77. | sneakerwill.shop |
| **.store** ||
| 78. | hypeboost.store |
| 79. | pkshoes.store |

| Infringing Websites by Domain Name ||
|---|---|
| **No.** | **Infringing Website** |
| **.top** ||
| 80. | perfectkicks.top |
| **.us** ||
| 81. | rimisneaker.us |
| 82. | sharesneaker.us |
| 83. | sharesneakers.us |
| **.vip** ||
| 84. | sharesneaker.vip |
| 85. | sharesneakers.vip |
| 86. | stockxpro.vip |
| 87. | supersneakers.vip |
| **.vn.ua** ||
| 88. | gmkim.vn.ua |
| **x.yupoo.com** ||
| 89. | hewitt2303.x.yupoo.com |
| 90. | houyw.x.yupoo.com |
| 91. | killone.x.yupoo.com |
| 92. | muksstore.x.yupoo.com |
| 93. | rarerapsneaker.x.yupoo.com |
| 94. | rarerepclothing.x.yupoo.com |
| 95. | ulrica688.x.yupoo.com |
| 96. | xbl0594.x.yupoo.com |
| **.xyz** ||

| Infringing Websites by Domain Name ||
|---|---|
| **No.** | **Infringing Website** |
| 97. | kickwho.xyz |
| 98. | uabat.xyz |