# EXHIBIT 1

Case 1:24-cv-04521-AKH   Document 27-1   Filed 07/03/24   Page 1 of 2



**+86 189 5923 5127**
last seen today at 10:01 AM

  

TODAY

🔒 Messages are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Click to learn more



📄 Nike, Inc. and Converse Inc. v. Shiby NY Inc. et al., 24-cv-4521.zip
ZIP • 9 MB

Please see the attached documents regarding Nike, Inc. and Converse Inc. v. Shiby NY Inc. et al., 24-cv-4521 (S.D.N.Y).

4:17 PM ✓✓




  Type a message