```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
NIKE, INC. ET AL,                                             :
                                                              :
                              Plaintiffs,                     :    ORDER REGULATING
                                                              :    PROCEEDINGS
                                                              :
        -against-                                             :    24 Civ. 4521 (AKH)
                                                              :
SHIBY NY INC. ET AL,                                          :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In light of Defendants' failure to appear to date, the status conference scheduled for Friday, December 13, 2024 is adjourned to Friday, March 7, 2025 at 10:00 a.m. Plaintiffs are directed to proceed with a summary judgment motion, noting the default, to be filed by January 10, 2025.

      SO ORDERED.

Dated:    December 10, 2024  
             New York, New York

      /s/ Alvin K. Hellerstein  
      _____  
      ALVIN K. HELLERSTEIN  
      United States District Judge