UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
NIKE, INC. ET AL,

                           Plaintiffs,

    -against-

SHIBY NY INC. ET AL,

                           Defendants.
-------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

24 Civ. 4521 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendant Shiby NY Inc. is granted until May 23, 2025 to move to file an answer, notwithstanding its earlier default. Plaintiffs will continue taking discovery. Fact discovery concludes on July 18, 2025. Plaintiffs may file an amended complaint no later than July 18, 2025. The parties shall next appear on July 18, 2025 at 10:00 a.m. for a status conference, which will be held via the following call-in number.

       **Call-in number: 646-453-4442**

       **Access code: 784 535 450#**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

       Finally, no later than July 15, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:   May 16, 2025
             New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge