UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

NIKE, INC. et al.,
  Plaintiffs,

  – against –

SHIBY NY INC. et al.,
  Defendants.

------------------------------------------------X

Case No. 24-cv-4521 (AKH)

MOTION TO DISSOLVE OR MODIFY PRELIMINARY INJUNCTION
(Fed. R. Civ. P. 60(b), 65)

------------------------------------------------X

RECEIVED
SDNY PRO SE OFFICE

2025 OCT 17 AM 11:03

*[Handwritten note by judge:]* Plaintiff should file any opp'n by Oct. 23, 2025. The issue will be heard 10:00 am Oct. 27, 2025, Courtroom 14D.
10-21-25
/s/ AKH

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

I, **Erwin Castillo**, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 60(b) and 65, to dissolve or modify the preliminary injunction issued under Case No. 24-cv-4521 (AKH) insofar as it affects my personal bank account at JPMorgan Chase Bank, N.A. ("Chase"). In support of this motion, I state as follows:

1. On or about December 26, 2024, I was informed by Chase that my bank account ending in **7399** was frozen under what was represented to be a preliminary injunction associated with the above-captioned case.

2. I have not been provided with a copy of the injunction order, the docket entry referencing my account, or any notice of the case by which the funds were restrained.

3. I have never been served with process or made party to Case No. 24-cv-4521 (AKH), nor have I had any ability to appear, respond, or contest the injunction as it pertains to my funds.

4. The restraint has deprived me of access to essential funds needed for rent, utilities, food, and daily living expenses, causing undue hardship.

5. Upon information and belief, the injunction was applied improperly with respect to my account, possibly by misidentification or overbroad scope, and may no longer be necessary or justified as to my funds.

6. Under equitable principles and Fed. R. Civ. P. 60(b), 65, justice requires that the Court review the order's application to me, permit disclosure of the relevant documents, and dissolve or modify it to release my account.

WHEREFORE, I respectfully request that the Court:

a. Order that I be provided with a copy of the injunction order, docket entries, and any relevant documentation showing the basis for restraining my account;

b. Upon review, dissolve or modify the injunction or restraining order as to my Chase account ending in \*\*7399\*\*;

c. Grant any additional relief the Court deems fair and just.

Dated: Bronx, New York — October 17th 2025

Respectfully submitted,

*(signature)*

Erwin Castillo
26 Rockledge Avenue
Mount Vernon, New York 10550
Phone: 347-328-2905
Email: erwin.a.c21@gmail.com

---

UNSWORN DECLARATION UNDER 28 U.S.C. § 1746

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of October, 2025.

*(signature)*

Erwin Castillo