UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                       :

NIKE, INC. ET AL,                                   :

                                       Plaintiffs,            :       **ORDER REGULATING PROCEEDINGS**

               -against-                       :       24 Civ. 4521 (AKH)

SHIBY NY INC. ET AL,                     :

                                    Defendants.         :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Clerk of Court shall expeditiously mail a copy of ECF No. 60 to Defendant Erwin Castillo utilizing the address in that order. The Clerk shall similarly mail this order to Defendant Castillo. If Defendant Castillo intends to proceed *pro se*, Defendant Castillo shall file a notice of appearance. Defendant Castillo may consent to electronic service if they so choose.

        Plaintiffs NIKE, INC. ET AL, shall submit their appearances for the conference on October 27, 2025, to Chambers' email inbox by this afternoon, October 23, 2025, at 3:00pm.

        SO ORDERED.

Dated:     October 23, 2025                         /s/ Alvin K. Hellerstein
            New York, New York                ALVIN K. HELLERSTEIN
                                                                         United States District Judge