UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                       :

NIKE, INC. ET AL,                     :

                           :            **<u>ORDER REGULATING</u>**
                   Plaintiffs,    :            **<u>PROCEEDINGS</u>**

                           :

    -against-                 :        24 Civ. 4521 (AKH)

                           :

SHIBY NY INC. ET AL,              :

                           :

                  Defendants.   :

                           :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Clerk of Court shall mail a copy of ECF Nos. 63-64 to Defendant Erwin Castillo utilizing the address in ECF No. 60. The Clerk shall similarly mail this order to Defendant Castillo. If Defendant Castillo intends to proceed *pro se*, Defendant Castillo shall file a notice of appearance. Defendant Castillo may consent to electronic service if they so choose.

        At a hearing held on October 27, 2025, the Plaintiffs presented evidence demonstrating service was proper upon Defendant Castillo. I found that there was effective service and accordingly, I denied the motion to dissolve or modify the preliminary injunction. Recognizing Defendant Castillo appears to be proceeding *pro se*, I grant him leave to file a reply by November 10, 2025. If Defendant Castillo does not reply by that day, the Clerk shall terminate ECF No. 58.

        SO ORDERED.

Dated:      October 27, 2025                     /s/ Alvin K. Hellerstein
             New York, New York              ALVIN K. HELLERSTEIN
                                            United States District Judge