UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
:
NIKE, INC. ET AL, :
: **ORDER REGULATING**
Plaintiffs, : **PROCEEDINGS**
:
-against- : 24 Civ. 4521 (AKH)
:
SHIBY NY INC. ET AL, :
:
Defendants. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    1. The Clerk of Court shall mail a copy of ECF No. 68 to Defendant Erwin Castillo utilizing the address in ECF No. 60. The Clerk shall similarly mail this order to Defendant Castillo. If Defendant Castillo intends to proceed *pro se*, Defendant Castillo shall file a notice of appearance. Defendant Castillo may consent to electronic service if they so choose.

    2. An oral argument has been set in this matter for November 12, 2025, at 10:45 a.m. in Courtroom 14D, 500 Pearl Street, New York, NY 10007, per my order ECF No. 68.

    3. Plaintiffs shall respond to Defendant's letter, ECF No. 67, by November 10, 2025.

    4. The Clerk shall terminate ECF No. 67.

    SO ORDERED.

Dated:    November 3, 2025                  /s/ Alvin K. Hellerstein
             New York, New York            ALVIN K. HELLERSTEIN
                                                      United States District Judge