UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                :

NIKE, INC. ET AL,

                        Plaintiffs,    :    **ORDER REGULATING**

    -against-                             :    **PROCEEDINGS**

SHIBY NY INC. ET AL,             :    24 Civ. 4521 (AKH)

                    Defendants.    :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendant Erwin Castillo's motion for reconsideration is denied.

       Castillo charges that he was not properly served and was not involved in the selling, manufacturing, or distribution of unlicensed products. However, Castillo has failed to support his allegations nor appear at argument on November 12, 2025, as ordered on November 3, 2025. The record shows, and Plaintiff attests, that Castillo was served. Further, Plaintiffs have filed extensive documentation supporting their allegations against Castillo. *See* ECF Nos. 63, 64, 65, 70. Defendant's failure to support his argument in filings or at argument compels the conclusion that he was properly served and is properly subject to the preliminary injunction and its restraints, including the restraint on his bank account.

       The Clerk shall terminate ECF Nos. 58 and 67.

       SO ORDERED.

Dated:      November 13, 2025
                New York, New York

                                                                 ALVIN K. HELLERSTEIN
                                                              United States District Judge