# LAW OFFICE OF ROBERT L. GREENER P.C.

## 136 Madison Avenue, 5th Floor
### NEW YORK, NEW YORK 10016
(646)415-8920 Phone
RLG@GREENERLEGAL.COM
WWW.GREENERLEGAL.COM

March 5, 2026

**Via ECF**
Hon. Alvin K. Hellerstein
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

*So ordered.
ECF 83 is terminated.
3-11-26*
[signature]

Re: Nike, Inc. et al v. Shiby NY Inc. et al. – 24-cv-04521

Dear Judge Hellerstein,

We represent Defendant Cameron Scott in the above-referenced matter.

On February 5, 2026, Defendant Cameron Scott filed a motion seeking to vacate the Clerk's Certificate of Default dated December 29, 2025, and for leave to interpose an Answer to the Amended Complaint.

However, based on recent findings that have come to light, Defendant Cameron Scott respectfully requests permission to withdraw the motion in its entirety.

Accordingly, Defendant respectfully requests that the Court mark the motion filed on February 5, 2026, as withdrawn.

We thank Your Honor for your time and consideration.

Respectfully submitted,

[signature]

ROBERT L. GREENER

**Cc: Robert L. Weigel via ECF**