UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
NIKE, INC. and CONVERSE INC.,                               :
                                                            :
                          Plaintiffs,                       :
                                                            :
          -against-                                         :
                                                            :
SHIBY NY INC *et al.*,                                      :    24-cv-4521 (AKH)
                                                            :
                          Defendants.                       :    **DEFAULT JUDGMENT**
                                                            :
                                                            :
------------------------------------------------------------x

WHEREAS, Plaintiffs Nike, Inc. and Converse Inc. (collectively, "Plaintiffs"), moved *ex parte* against then-identified Defendants as members of the 52 counterfeiting networks of Defendants as set forth in Attachment 1 to Plaintiffs' Proposed Order to Show Cause, Dkt. 5, ABC Companies 1–100, and John Does 1–100 for a temporary restraining order, asset restraining order, order authorizing expedited discovery, order disabling websites, order disabling social media accounts, and bifurcated and alternative service of process by electronic mail, and order to show cause for preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act (15 U.S.C. § 1051 et seq.), for the reason that Defendants are manufacturing, importing, exporting, distributing, marketing, advertising, offering for sale and/or selling goods bearing counterfeit reproductions of Plaintiffs' federally registered trademarks, trade names, and/or logos as set forth in Plaintiffs' Complaint in this action (collectively, "Plaintiffs' Marks"), which are owned and controlled by Plaintiffs;

WHEREAS, having reviewed Plaintiffs' Complaint, Memorandum of Law, and supporting declarations, the Court signed an order on June 13, 2024, restraining Defendants from, *inter alia*, manufacturing, distributing, delivering, shipping, importing, exporting, advertising, marketing,

promoting, selling or offering for sale Counterfeit Products or any other products confusingly similar to Plaintiffs' Products, or any other products that otherwise bear, contain, display, or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks (the "Temporary Restraining Order"); and further ordered Defendants to appear before this Court on July 1, 2024, to show cause why an order granting Plaintiffs a preliminary injunction should not be granted, Dkt. 14;

WHEREAS, Plaintiffs filed Affidavits of Service on July 1, 2024, Dkt. 25, demonstrating that Shiby NY Inc., GDLEYU INC., EFX Fashion INC., and Star EFX Fashion Inc. were served with the Temporary Restraining Order, Summons, and Complaint, and all attachments thereto via personal service to an authorized person at the Corporation Dvision of the Department of State empowered to receive such service.

WHEREAS, Plaintiffs filed Certificates of Service on July 1, 2024, Dkt. 26, and July 3, 2024, Dkt. 27, demonstrating that all other Defendants were served with the Temporary Restraining Order, Summons, and Complaint, and all attachments thereto via email on June 24, 2024, or via WhatsApp on June 28, 2024, in accordance with the alternative service provisions contained in the Temporary Restraining Order;

WHEREAS, Defendants, including Defendants Erwin Castillo and Shiby NY Inc. ("Shiby"), failed to submit any papers opposing entry of the Preliminary Injunction, and failed to appear before the Court on July 1, 2024;

WHEREAS, on July 3, 2024, the Court entered a Preliminary Injunction, and, on July 12, 2024, the Preliminary Injunction was posted to the public docket, Dkt. 28;

WHEREAS, Plaintiffs filed Certificates of Service on September 19, 2024, Dkts. 30, 31, demonstrating that Defendants were served with the Preliminary Injunction and all attachments

thereto via email on July 12, 2024, or via WhatsApp on July 30, 2024, in accordance with the alternative services provision contained in the Preliminary Injunction;

WHEREAS, the Court previously concluded that Plaintiffs were entitled to injunctive relief based on Plaintiffs' demonstration that (1) they are likely to succeed on the meirs of their claims; (2) they are suffering irrepable injury and, in the absence of an injunction, will continue to suffer irrepable injury based on Defendants' unauthorized use and infringement of Plaintiffs' Marks in connection with the manufacture, importation, exportation, distribution, marketing, advertising, offer for sale and/or sale of various products, including but not limited to footwear, clothing, and accessories for men, women, and children; (3) remedies at law, such as money damages, are inadequate to compensate for Plaintiffs' injuries; (4) a freeze of Defendants' assets is necessary to preserve Plaintiffs' right to an equitable accounting; (5) the balance of hardships favors Plaintiffs; and (6) granting Plaintiffs' request for injunctive relief would serve the public interest;

WHEREAS, through Plaintiffs' investigation and documents produced pursuant to third-party discovery, Plaintiffs have identified the true names of certain Defendants previously identified in the Court's prior orders and the Complaint only as "John Does" or "ABC Companies," as well as financial accounts associated with these newly identified Defendants and previously identified Defendants;

WHEREAS on August 28, 2025, pursuant to the Court's Order issued August 25, 2025, Dkt. 54, Plaintiffs filed an Amended Complaint against Shiby NY Inc.; Ming Fu Hong Trading Limited; Biyun Shi; Junqing Li (李俊庆); John Parro; Lou Lou; QIAN QIAN INTERNATIONAL INC.; Yaojia Jin; SAYWY INC; BESTSALES TRADING INC; TRUXELL INC; YAO TRADING INC; RIKIMOBI INC; AGEHA TRADING INC.; STANDBY TRADING INC; T5 TRADING INC.; Yaotrading 616; Jinovation; rimisneaker.us; rimisneaker.ru; rimisneaker.cc

3

$ytrading616; Mr. Wang; Jingmei Sun （孙景妹）; Jayden Palmer; bstsneaker.com; bstsneakers.com; songsneaker.com; stockxshoes.com; stockxshoesvip.com; cocoshoes.net; cocoshoesvip.com; bagsmalles.com; Marcela Mendez; buykicks.me; Na Ding （丁娜）; carlsneaker.com; WINDPAYER TECHNOLOGY INC.; Baowu Chen (陈宝武); Jianshan Xie (谢剑珊); ddkicks.net; Yansong Chen (陈燕松); Gdleyu Inc.; hotkicks.cc; hotkicks.org; DE DIAN FANG; hypeunique.com; hypeunique.is; hypeunique.me; Erwin Castillo; Davis Greer; Jax Willis; Melinda Dinges; Mbg Logistic Llc; Charles Baker; EFX Fashion Inc.; Lueping Liu; Yueping Liu; Chaley Brewer; kickmax.ru; kickscentral.cc; kickcentral.me; killone.x.yupoo.com; Xiaoshuang Liu (刘晓双); Ping Yang (杨平); Ji Mo Qu Fu Jia Bai Huo Dian (即墨区福嘉百货店); Lanfang Zhang; Misstylea; Bobby Franklin; Lucy Simmons; KICKWHO; Cameron M. Scott; Shiftery LLC; Shawn Bostick; kickwho.cc; kickwho.xyz; solo.to/shiftery; kickzlucas.com; 厦门同安区东虹启贸易有限公司; Chenlian Luo (罗陈恋); Yaozhi Tu (涂耀志); Guoxiong Lin; lgrose.ru; xblo594.x.yupoo.com; Xianguo Zhou; Antonio Murillo; Hui Tang （唐会）; lkkiks.com; 888kicks.ru; Zongwei Chen （陈宗炜）; Mika Technology Co. Limited; Mst Sultana Rizia; mangomeee.com; mangomee.co; Weicheng Zhu (朱为埕); Xia Men Ao Chuang Wei Xing Ke Ji You Xian Gong Si (厦门奥创维星科技有限公司); Xinpei Ye (叶信培); Cheng Du Shi Qing Bai Jiang Da Ke Xi Shang Mao Jing Ying Bu (成都市青白江达克西商贸经营部); monicasneaker.cc; Chaoyun Wu （吴超云）; Chaofan Xu; houyw.x.yupoo.com; Zhengzebin; Xin Li （李欣）; muksstore.x.yupoo.com; Yongle Liu (刘永乐); Sing Ying Trading Limited; Lianke Luo (罗联科); rarerapsneaker.x.yupoo.com; rarerepclothing.x.yupoo.com; hewitt2303.x.yupoo.com; Yuxiong Wu （吴宇雄）; Pyn*Cnfashion Club; stylesneaks.com; sharesneaker.us; sharesneaker.vip; sharesneakers.us; sharesneakers.vip; stockxpro.com; stockxpro.vip; stockxprovip.com;

4

supersneakers.vip; timsneakers.com; timsneakers.me; PANPAY USA INC.; Dandan Liao; Yuai Lin（林玉爱）; Casnda Corp Limited-B2c; Chunhui Li（李春辉）; ubuysneakers.com; ulrica688.x.yupoo.com; Jianxiang Fang (方建祥); wawone.com; stockxkicks.com; hypeshoes.co; bmlin.net; Star EFX Fashion Inc.; BLUESKYLINE INNOVATION LLC; LIFE MOVE UP LLC; POXBEBDX INC.; WATSON TRADING INC.; DAYSOON LOGISTICS INC.; DAYSOON FASHION INC.; NOBLEWOMAN INC.; OMOAODTG INC.; VVUBCJOE INC.; MUXTBSUP INC.; DAPEN.SHOP INC.; KBBG FASHION GROUP INC.; U2 FASHION INC.; KJKK FASHION OUTLET INC.; X5 MOBILE ACCESSORY INC.; T8 TRADING INC.; T7 TRADING INC.; STAR EFX TRADING INC.; EFX TRADING INC.; Gang Liu (刘港); Yadong Huang (黄亚冬); Deyang Lin; Ying Quan Zhong; footskick.ru; clubkickz.com; $kaideninc616; Guanxing Zhang; coolkicksmall.com; Wtp*stepsupshoes; crewkick.net; crewkicks.org; Jiemao Commerce Co. Ltd; Mingjie Gong (龚明杰); dopesneaker.co; Zhixiong Qi (志雄 祁); Flight Kickz; Chan Wai; Chen Chen (陈晨); Markesha Houston; Bo Ying Trading Hongkong Limited; flightkickz.cn; flightkickz.com; kicksgate.com; ln5factory.com; yzynation.com; gmkim.vn.ua; Huijian Zheng (郑会见); Shen Li; hotkickss.ru; seekick.ru; Joom E-Commerce Company Limited; Zhesheng Chen (陈哲晟); EKO DG Trading Inc.; Yung O Yang; hypeboosts.ru; hypeboost.shop; hypeboost.store; hypeboosts.com; hypeboost.ru; jdfoot.co; clothswmalls.com; Vkomall; One Pick (HK) Limited; pkshoes.store; Tongcheng Peina Department Store a/k/a Tong Cheng Pei Na Bai Huo Dian (通城佩娜百货店); PEINABAXNYJ; Peina Zhu (朱佩娜); popshoe.org; popkicks.org; jordankicks.org; dunkskicks.org; popsneakerofficial.org; taosneakers.com; cnfashionclub.com; CNFASHIONC; ALTERNATIVE SUPPLIE LLC; Chaolong Lin; Bryant Mills; Luis Carrasco; uabat.xyz; uabatman.com; Liwei Liu（刘利伟）; pkstockx.cc; Nadine Wingfield; Mb22

Management, Llc; sneakerwill.shop; 莆田百耀科技有限公司; BAIYAOKEJIY; Guoqing Yang (杨国清); Chunyan Huang (黄春燕); luckshoes.ru; Liming Lin (林丽明); Jianhui Liu (刘建辉); perfectkicks.top; jaskicks.ru; Xiaoqing Zhong (钟小青); COPTOP; Zhenqin Chen (陈珍琴); coptop.ru; coptop.net; m1sneakers.com; WANWAY LIMITED (万里红有限公司); Jianhui Chen (陈建辉); Zhanhu Li (李展虎); bombline.cc; bombline.la; Bo Ying Trading Hong Kong Limited; Fang Zheng (郑芳); ebuysneakers.com; Lishan Lin (林丽珊); SP Xylar Studio; xylar.co; $DedianFang; Rey Washington; rsneakers.fun; dmsneaker.com; SOLENLACESC; Sole N Laces d/b/a SOLE-N-LACES; Challis Bruce; solenlaces.com; ABC Companies and John Does 1–100, joining newly identified ABC Company and John Doe Defendants, Dkt. 56;

WHEREAS, Plaintiffs filed a Certificate of Service on September 11, 2025, demonstrating that Defendants were served with the Amended Complaint and all exhibits thereto via email or WhatsApp on August 28, 2025, in accordance with the alternative services provision contained in the Preliminary Injunction, Dkt. 57;

WHEREAS, Plaintiffs filed a Supplemental Certificate of Service on October 22, 2025, demonstrating that, in addition to being served by email, Defendants Shiby and GDLEYU INC. were served with the Amended Complaint and all exhibits thereto via USPS Certified Mail to their physical addresses on file with the New York Department of State for receiving service of process, Dkt. 61;

WHEREAS, Plaintiffs filed a Supplemental Certificate of Service on October 22, 2025, demonstrating that, in addition to being served by email, Plaintiffs attempted to serve Defendants EFX Fashion INC., and Star EFX Fashion Inc. with the Amended Complaint and all exhibits thereto via USPS Certified Mail to their physical addresses on file with the New York Department

6

of State for receiving service of process but that service was unsuccessful due to issues with the addresses on file, Dkt. 61;

WHEREAS, Defendants, apart from Defendant Castillo, Defendant Shiby, and Defendant Cameron Scott, have otherwise failed to appear in this action;

WHEREAS, none of the Defendants have answered the Complaint or the Amended Complaint, and the deadline for answering has expired;

WHEREAS, Defendant Shiby's counsel withdrew on June 17, 2025, Dkt. 44, and Defendant Shiby failed to file a notice of appearance of substitute counsel with 30 days as ordered by the Court, Dkt. 45;

WHEREAS, Defendant Castillo has twice failed to appear at additional Court-ordered hearings on October 27, 2025, and November 12, 2025;

WHEREAS, the Clerk's Certificate of Default was entered on December 29, 2025 against Shiby NY Inc.; Ming Fu Hong Trading Limited; Biyun Shi; Junqing Li (李俊庆); John Parro; Lou Lou; QIAN QIAN INTERNATIONAL INC.; Yaojia Jin; SAYWY INC; BESTSALES TRADING INC; TRUXELL INC; YAO TRADING INC; RIKIMOBI INC; AGEHA TRADING INC.; STANDBY TRADING INC; T5 TRADING INC.; Yaotrading 616; Jinovation; rimisneaker.us; rimisneaker.ru; rimisneaker.cc; $ytrading616; Mr. Wang; Jingmei Sun (孙景妹); Jayden Palmer; bstsneaker.com; bstsneakers.com; songsneaker.com; stockxshoes.com; stockxshoesvip.com; cocoshoes.net; cocoshoesvip.com; bagsmalles.com; Marcela Mendez; buykicks.me; Na Ding (丁娜); carlsneaker.com; WINDPAYER TECHNOLOGY INC.; Baowu Chen (陈宝武); Jianshan Xie (谢剑珊); ddkicks.net; Yansong Chen (陈燕松); Gdleyu Inc.; hotkicks.cc; hotkicks.org; DE DIAN FANG; hypeunique.com; hypeunique.is; hypeunique.me; Davis Greer; Jax Willis; Melinda Dinges; Mbg Logistic Llc; Charles Baker; EFX Fashion Inc.; Lueping Liu; Yueping Liu; Chaley Brewer;

7

kickmax.ru; kickscentral.cc; kickcentral.me; killone.x.yupoo.com; Xiaoshuang Liu (刘晓双); Ping Yang (杨平); Ji Mo Qu Fu Jia Bai Huo Dian (即墨区福嘉百货店); Lanfang Zhang; Misstylea; Bobby Franklin; Lucy Simmons; KICKWHO; Cameron M. Scott; Shiftery LLC; Shawn Bostick; kickwho.cc; kickwho.xyz; solo.to/shiftery; kickzlucas.com; 厦门同安区东虹启贸易有限公司; Chenlian Luo (罗陈恋); Yaozhi Tu (涂耀志); Guoxiong Lin; lgrose.ru; xblo594.x.yupoo.com; Xianguo Zhou; Antonio Murillo; Hui Tang (唐会); lkkiks.com; 888kicks.ru; Zongwei Chen (陈宗炜); Mika Technology Co. Limited; Mst Sultana Rizia; mangomeee.com; mangomee.co; Weicheng Zhu (朱为埕); Xia Men Ao Chuang Wei Xing Ke Ji You Xian Gong Si (厦门奥创维星科技有限公司); Xinpei Ye (叶信培); Cheng Du Shi Qing Bai Jiang Da Ke Xi Shang Mao Jing Ying Bu (成都市青白江达克西商贸经营部); monicasneaker.cc; Chaoyun Wu (吴超云); Chaofan Xu; houyw.x.yupoo.com; Zhengzebin; Xin Li (李欣); muksstore.x.yupoo.com; Yongle Liu (刘永乐); Sing Ying Trading Limited; Lianke Luo (罗联科); rarerapsneaker.x.yupoo.com; rarerepclothing.x.yupoo.com; hewitt2303.x.yupoo.com; Yuxiong Wu (吴宇雄); Pyn*Cnfashion Club; stylesneaks.com; sharesneaker.us; sharesneaker.vip; sharesneakers.us; sharesneakers.vip; stockxpro.com; stockxpro.vip; stockxprovip.com; supersneakers.vip; timsneakers.com; timsneakers.me; PANPAY USA INC.; Dandan Liao; Yuai Lin (林玉爱); Casnda Corp Limited-B2c; Chunhui Li (李春辉); ubuysneakers.com; ulrica688.x.yupoo.com; Jianxiang Fang (方建祥); wawone.com; stockxkicks.com; hypeshoes.co; bmlin.net; Star EFX Fashion Inc.; BLUESKYLINE INNOVATION LLC; LIFE MOVE UP LLC; POXBEBDX INC.; WATSON TRADING INC.; DAYSOON LOGISTICS INC.; DAYSOON FASHION INC.; NOBLEWOMAN INC.; OMOAODTG INC.; VVUBCJOE INC.; MUXTBSUP INC.; DAPEN.SHOP INC.; KBBG FASHION GROUP INC.; U2 FASHION INC.; KJKK

FASHION OUTLET INC.; X5 MOBILE ACCESSORY INC.; T8 TRADING INC.; T7 TRADING INC.; STAR EFX TRADING INC.; EFX TRADING INC.; Gang Liu (刘港); Yadong Huang (黄亚冬); Deyang Lin; Ying Quan Zhong; footskick.ru; clubkickz.com; $kaideninc616; Guanxing Zhang; coolkicksmall.com; Wtp*stepsupshoes; crewkick.net; crewkicks.org; Jiemao Commerce Co. Ltd; Mingjie Gong (龚明杰); dopesneaker.co; Zhixiong Qi (志雄 祁); Flight Kickz; Chan Wai; Chen Chen (陈晨); Markesha Houston; Bo Ying Trading Hongkong Limited; flightkickz.cn; flightkickz.com; kicksgate.com; ln5factory.com; yzynation.com; gmkim.vn.ua; Huijian Zheng (郑会见); Shen Li; hotkickss.ru; seekick.ru; Joom E-Commerce Company Limited; Zhesheng Chen (陈哲晟); EKO DG Trading Inc.; Yung O Yang; hypeboosts.ru; hypeboost.shop; hypeboost.store; hypeboosts.com; hypeboost.ru; jdfoot.co; clothswmalls.com; Vkomall; One Pick (HK) Limited; pkshoes.store; Tongcheng Peina Department Store a/k/a Tong Cheng Pei Na Bai Huo Dian (通城佩娜百货店); PEINABAXNYJ; Peina Zhu (朱佩娜); popshoe.org; popkicks.org; jordankicks.org; dunkskicks.org; popsneakerofficial.org; taosneakers.com; cnfashionclub.com; CNFASHIONC; ALTERNATIVE SUPPLIE LLC; Chaolong Lin; Bryant Mills; Luis Carrasco; uabat.xyz; uabatman.com; Liwei Liu (刘利伟); pkstockx.cc; Nadine Wingfield; Mb22 Management, Llc; sneakerwill.shop; 莆田百耀科技有限公司; BAIYAOKEJIY; Guoqing Yang (杨国清); Chunyan Huang (黄春燕); luckshoes.ru; Liming Lin (林丽明); Jianhui Liu (刘建辉); perfectkicks.top; jaskicks.ru; Xiaoqing Zhong (钟小青); COPTOP; Zhenqin Chen (陈珍琴); coptop.ru; coptop.net; m1sneakers.com; WANWAY LIMITED (万里红有限公司); Jianhui Chen (陈建辉); Zhanhu Li (李展虎); bombline.cc; bombline.la; Bo Ying Trading Hong Kong Limited; Fang Zheng (郑芳); ebuysneakers.com; Lishan Lin (林丽珊); SP Xylar Studio; xylar.co;

$DedianFang; Rey Washington; rsneakers.fun; dmsneaker.com; SOLENLACESC; Sole N Laces d/b/a SOLE-N-LACES; Challis Bruce; solenlaces.com; ABC Companies, Dkt. 81;

WHEREAS, Defendant Scott filed a motion to vacate the Clerk's Certificate of Default on February 5, 2026 but later withdrew that motion on March 5, 2026, Dkt. 86;

WHEREAS, the Clerk's Certificate of Default was entered on December 29, 2025 against Defendant Erwin Castillo (together with the other defendants, "Defaulting Defendants"), Dkt. 80;

WHEREAS, Plaintiffs submitted the Declaration of Robert L. Weigel, dated March 19, 2026, in support of their motion for a default judgment against Defaulting Defendants;

WHEREAS, Defaulting Defendants have not opposed Plaintiffs' motion for a default judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1.    That Defaulting Defendants, their officers, directors, agents, employees, representatives, successors or assigns, and all persons acting in concert or in participation with any of them from are permanently enjoined from:

   a. using Plaintiffs' Marks, or any reproduction, counterfeit, copy, or colorable imitation of Plaintiffs' Marks, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks, in connection with manufacturing, distributing, delivering, shipping, importing, exporting, advertising, marketing, promoting, selling, or offering for sale Counterfeit Products or any other products confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display, or utilize any of the Plaintiffs' Marks;

b.  making or employing any other commercial use of the Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks;

c.  using any other false designation of origin or false description or representation or any other thing calculated or likely to cause confusion or mistake in the mind of the trade or public or to deceive the trade or public into believing that Defaulting Defendants' products or activities are in any way sponsored, licensed or authorized by or affiliated or connected with Plaintiffs;

d.  using or transferring ownership of the Infringing Social Media, in whole or in part;

e.  any other acts or things calculated or likely to cause confusion or mistake in the mind of the public or to lead purchasers or consumers or investors to believe that the products or services promoted, offered, or sponsored by Defaulting Defendants come from Plaintiffs or their licensees, or are somehow licensed, sponsored, endorsed, or authorized by, or otherwise affiliated or connected with Plaintiffs;

f.  moving, returning, destroying, secreting, or otherwise disposing of any Counterfeit Products or any products that otherwise bear, contain, display, or utilize any of the Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks;

g.  removing, destroying, altering, secreting, or otherwise disposing of any computer files, electronic files or data, business records, or documents

containing any information relating to any of the Infringing Websites or Infringing Social Media, Defaulting Defendants' assets or operations, or to the importing, manufacturing, production, marketing, advertising, promoting, acquisition, purchase, distribution, or sale of Counterfeit Products or any products that otherwise bear contain, display, or utilize any of the Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks;

h.  further diluting and infringing the Plaintiffs' Marks and damaging Plaintiffs' goodwill;

i.  otherwise competing unfairly with Plaintiffs or any of their authorized licensees in any manner;

j.  secreting, concealing, transferring, disposing of, withdrawing, encumbering, or paying any money or other assets of Defaulting Defendants, including but not limited to the transfers from or to any accounts held by, associated with, or utilized by Defaulting Defendants, regardless of whether such money or assets are held in the United States of America or abroad; and

k.  assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (j), or effecting any assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (j).

2.  That Defaulting Defendants shall recall and remove from all stores, shops, markets, outlets, catalogues, websites, and other channels of commerce any Counterfeit Products

12

or any other products confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks, that are in Defaulting Defendants' possession or control and all means of making the same;

3. That Defaulting Defendants shall deliver up for destruction all Counterfeit Products or any other products confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display, or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks, that are in Defaulting Defendants' possession or control and all means of making the same, in accordance with 15 U.S.C. § 1118;

4. That Defaulting Defendants shall deliver up for destruction any and all guarantees, circulars, price lists, labels, signs, prints, packages, wrappers, pouches, receptacles, advertising matter, promotional, and other materials in the possession or control of Defaulting Defendants bearing any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks, in accordance with 15 U.S.C.§ 1118;

5. That Defaulting Defendants shall supply Plaintiffs with a complete list of entities from whom they purchased and to whom they distributed and/or sold Counterfeit Products or any other products confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks.

6. That Plaintiffs' request for an accounting of profits is granted. In light of the Defaulting Defendants' complete failure to produce any documents in this action, making a precise calculation impossible on Plaintiffs' claim for an accounting, the Court awards equitable relief against Defaulting Defendants in the amount of $1 million per mark per type of good infringed pursuant to 15 U.S.C. § 1117(c) as a proxy for Defaulting Defendants' profits as set forth in Exhibit 6 to the Amended Complaint dated August 28, 2025;

7. That, as set forth in **Attachment A to this Default Judgment**, the individual Defaulting Defendants comprising each Defendant Network shall be jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is associated, and shall pay those amounts forthwith;

8. That, in accordance with Rule 65 of the Federal Rules of Civil Procedure, 15 U.S.C. § 1116(a), Article 52 of New York State's Civil Practice Law and Rules, and this Court's inherent equitable power to issue remedies ancillary to its authority to provide final relief, all Defaulting Defendants' assets that have been previously identified as frozen or that were otherwise required to be restrained in compliance with this Court's Orders, continue to be restrained regardless of whether the Defaulting Defendants' assets are located in the United States or abroad, except that the Defaulting Defendants may wire the funds on deposit to Gibson Dunn's client trust account;

9. That, in accordance with Rule 65 of the Federal Rules of Civil Procedure, 15 U.S.C. § 1116(a), Article 52 of New York State's Civil Practice Law and Rules, and this Court's inherent equitable power to issue remedies ancillary to its authority to provide final relief, any other of Defaulting Defendants' assets that Plaintiffs identify in the future

14

and/or that have not yet been frozen shall be subject to the asset restraint provisions set forth herein, regardless of whether the Defaulting Defendants' assets are located in the United States or abroad;

10. That Defaulting Defendants shall file with the Court and serve on counsel for Plaintiffs within thirty (30) days after entry of this Default Judgment a sworn written statement pursuant to 15 U.S.C. § 1116(a) setting forth in detail the manner and form in which Defaulting Defendants have complied with the terms of this Default Judgment; and

11. That the Clerk of the Court shall close this case and remove it from my docket, without prejudice to Plaintiffs' ability, if necessary, to file a motion to seek appropriate relief from this Court in order to: (a) enforce this Default Judgment or any outstanding obligations to comply with the discovery provisions of this Court's prior Orders; (b) find any of Defaulting Defendants' Asset Holders in contempt of this Court's Orders or this Default Judgment; or (c) reopen this matter in the event it is necessary to pursue sanctions for any violations of this Default Judgment.

**SO ORDERED**

Dated: _____May 15_____, 2026
      New York, New York

By: _____
    Alvin K. Hellerstein
    United States District Judge

## ATTACHMENT A TO DEFAULT JUDGMENT
### *NIKE, Inc., et al. v. Shiby NY Inc., et al.*

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
| | **Defaulting Defendants** | | |
| | *The individual Defaulting Defendants comprising each Defendant network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| 1 | Shiby NY Inc. | Network 1 | $28,000,000 |
| 2 | Ming Fu Hong Trading Limited | Network 1 | |
| 3 | Biyun Shi | Network 1 | |
| 4 | Junqing Li (李俊庆) | Network 1 | |
| 5 | John Parro | Network 1 | |
| 6 | Lou Lou | Network 1 | |
| 7 | QIAN QIAN INTERNATIONAL INC. | Network 1 | |
| 8 | Yaojia Jin | Network 1 | |
| 9 | SAYWY INC | Network 1 | |
| 10 | BESTSALES TRADING INC | Network 1 | |
| 11 | TRUXELL INC | Network 1 | |
| 12 | YAO TRADING INC | Network 1 | |
| 13 | RIKIMOBI INC | Network 1 | |
| 14 | AGEHA TRADING INC. | Network 1 | |
| 15 | STANDBY TRADING INC | Network 1 | |
| 16 | T5 TRADING INC. | Network 1 | |
| 17 | Yaotrading 616 | Network 1 | |
| 18 | Jinovation | Network 1 | |
| 19 | rimisneaker.us | Network 1 | |
| 20 | rimisneaker.ru | Network 1 | |
| 21 | rimisneaker.cc | Network 1 | |
| 22 | $ytrading616 | Network 2 | $63,000,000 |
| 23 | Mr. Wang | Network 2 | |
| 24 | Jingmei Sun (孙景妹) | Network 2 | |
| 25 | Jayden Palmer | Network 2 | |
| 26 | bstsneaker.com | Network 2 | |
| 27 | bstsneakers.com | Network 2 | |
| 28 | songsneaker.com | Network 2 | |
| 29 | stockxshoes.com | Network 2 | |
| 30 | stockxshoesvip.com | Network 2 | |
| 31 | Marcela Mendez | Network 3 | $43,000,000 |
| 32 | cocoshoes.net | Network 3 | |
| 33 | cocoshoesvip.com | Network 3 | |
| 34 | bagsmalles.com | Network 3 | |
| 35 | buykicks.me | Network 4 | $100,000,000 |

---

[1] Defaulting Defendants are members of Defendant Networks as set forth in Exhibit 1 to the Amended Complaint, Dkt. 56-1.

[2] Each Defaulting Defendant is jointly and severally liable along with the other members of their Defendant Network as set forth in Exhibit 6 to the Amended Complaint, Dkt. 56-6.

| | Defaulting Defendants<br><br>*The individual Defaulting Defendants comprising each Defendant network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
|---|---|---|---|
| **No.** | **Defaulting Defendant** | **Network(s)[1]** | **Damages[2]** |
| 36 | Na Ding (丁娜) | Network 4 | $100,000,000 |
| 37 | carlsneaker.com | Network 5 | $27,000,000 |
| 38 | WINDPAYER TECHNOLOGY INC. | Network 5 | |
| 39 | Baowu Chen (陈宝武) | Network 5 | |
| 40 | Jianshan Xie (谢剑珊) | Network 5 | |
| 41 | ddkicks.net | Network 6 | $30,000,000 |
| 42 | Yansong Chen (陈燕松) | Network 6 | |
| 43 | GDLEYU INC. | Network 7 | $45,000,000 |
| 44 | DE DIAN FANG | Network 7 | |
| 45 | hotkicks.cc | Network 7 | |
| 46 | hotkicks.org | Network 7 | |
| 47 | Erwin Castillo | Network 8 | $57,000,000 |
| 48 | Davis Greer | Network 8 | |
| 49 | Jax Willis | Network 8 | |
| 50 | Melinda Dinges | Network 8 | |
| 51 | Mbg Logistic Llc | Network 8 | |
| 52 | Charles Baker | Network 8 | |
| 53 | hypeunique.com | Network 8 | |
| 54 | hypeunique.is | Network 8 | |
| 55 | hypeunique.me | Network 8 | |
| 56 | EFX FASHION INC. | Network 9 | $98,000,000 |
| 57 | Lueping Liu | Network 9 | |
| 58 | Yueping Liu | Network 9 | |
| 59 | Chaley Brewer | Network 9 | |
| 60 | kickmax.ru | Network 9 | |
| 61 | Xiaoshuang Liu (刘晓双) | Network 10 | $70,000,000 |
| 62 | Ping Yang (杨平) | Network 10 | |
| 63 | Ji Mo Qu Fu Jia Bai Huo Dian (即墨区福嘉百货店) | Network 10 | |
| 64 | Lanfang Zhang | Network 10 | |
| 65 | kickscentral.cc | Network 10 | |
| 66 | kickcentral.me | Network 10 | |
| 67 | killone.x.yupoo.com | Network 10 | |
| 68 | Misstylea | Network 11 | $70,000,000 |
| 69 | Bobby Franklin | Network 11 | |
| 70 | Lucy Simmons | Network 11 | |
| 71 | KICKWHO | Network 11 | |
| 72 | Cameron M. Scott | Network 11 | |
| 73 | Shiftery LLC | Network 11 | |
| 74 | Shawn Bostick | Network 11 | |
| 75 | kickwho.cc | Network 11 | |

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
| | **Defaulting Defendants** *The individual Defaulting Defendants comprising each Defendant network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| 76 | kickwho.xyz | Network 11 | $70,000,000 |
| 77 | solo.to/shiftery | Network 11 | |
| 78 | 厦门同安区东虹启贸易有限公司 | Network 12 | $49,000,000 |
| 79 | Chenlian Luo (罗陈恋) | Network 12 | |
| 80 | Yaozhi Tu (涂耀志) | Network 12 | |
| 81 | kickzlucas.com | Network 12 | |
| 82 | Guoxiong Lin | Network 13 | $64,000,000 |
| 83 | lgrose.ru | Network 13 | |
| 84 | xblo594.x.yupoo.com | Network 13 | |
| 85 | Xianguo Zhou | Network 14 | $102,000,000 |
| 86 | Antonio Murillo | Network 14 | |
| 87 | Hui Tang (唐会) | Network 14 | |
| 88 | lkkiks.com | Network 14 | |
| 89 | Zongwei Chen (陈宗炜) | Network 15 | $34,000,000 |
| 90 | 888kicks.ru | Network 15 | |
| 91 | MIKA TECHNOLOGY CO., LIMITED | Network 16 | $29,000,000 |
| 92 | Mst Sultana Rizia | Network 16 | |
| 93 | mangomeee.com | Network 16 | |
| 94 | Weicheng Zhu (朱为埕) | Network 17 | $46,000,000 |
| 95 | Xia Men Ao Chuang Wei Xing Ke Ji You Xian Gong Si (厦门奥创维星科技有限公司) | Network 17 | |
| 96 | Xinpei Ye (叶信培) | Network 17 | |
| 97 | Cheng Du Shi Qing Bai Jiang Da Ke Xi Shang Mao Jing Ying Bu (成都市青白江达克西商贸经营部) | Network 17 | |
| 98 | mangomee.co | Network 17 | |
| 99 | Chaoyun Wu (吴超云) | Network 18 | $41,000,000 |
| 100 | Chaofan Xu | Network 18 | |
| 101 | monicasneaker.cc | Network 18 | |
| 102 | Zhengzebin | Network 19 | $76,000,000 |
| 103 | Xin Li (李欣) | Network 19 | |
| 104 | houyw.x.yupoo.com | Network 19 | |
| 105 | Yongle Liu (刘永乐) | Network 20 | $43,000,000 |
| 106 | muksstore.x.yupoo.com | Network 20 | |
| 107 | Sing Ying Trading Limited | Network 21 | $80,000,000 |
| 108 | Lianke Luo (罗联科) | Network 21 | |
| 109 | rarerapsneaker.x.yupoo.com | Network 21 | |
| 110 | rarerepclothing.x.yupoo.com | Network 21 | |
| 111 | Yuxiong Wu (吴宇雄) | Network 22 | $42,000,000 |
| 112 | hewitt2303.x.yupoo.com | Network 22 | |
| 113 | PYN*Cnfashion Club | Network 23 | $59,000,000 |

3

| | Defaulting Defendants | | |
|---|---|---|---|
| | *The individual Defaulting Defendants comprising each Defendant network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| **No.** | **Defaulting Defendant** | **Network(s)[1]** | **Damages[2]** |
| 114 | stylesneaks.com | Network 23 | $59,000,000 |
| 115 | sharesneaker.us | Network 23 | |
| 116 | sharesneaker.vip | Network 23 | |
| 117 | sharesneakers.us | Network 23 | |
| 118 | sharesneakers.vip | Network 23 | |
| 119 | stockxpro.com | Network 23 | |
| 120 | stockxpro.vip | Network 23 | |
| 121 | stockxprovip.com | Network 23 | |
| 122 | supersneakers.vip | Network 23 | |
| 123 | PANPAY USA INC. | Network 24 | $33,000,000 |
| 124 | Dandan Liao | Network 24 | |
| 125 | Yuai Lin (林玉爱) | Network 24 | |
| 126 | timsneakers.com | Network 24 | |
| 127 | timsneakers.me | Network 24 | |
| 128 | Casnda Corp Limited-B2C | Network 25 | $39,000,000 |
| 129 | Chunhui Li (李春辉) | Network 25 | |
| 130 | ubuysneakers.com | Network 25 | |
| 131 | Jianxiang Fang (方建祥) | Network 26 | $64,000,000 |
| 132 | ulrica688.x.yupoo.com | Network 26 | |
| 133 | wawone.com | Network 27 | $99,000,000 |
| 134 | stockxkicks.com | Network 27 | |
| 135 | hypeshoes.co | Network 27 | |
| 136 | bmlin.net | Network 27 | |
| 137 | Star EFX Fashion Inc. | Network 28 | $99,000,000 |
| 138 | BLUESKYLINE INNOVATION LLC | Network 28 | |
| 139 | LIFE MOVE UP LLC | Network 28 | |
| 140 | POXBEBDX INC. | Network 28 | |
| 141 | WATSON TRADING INC. | Network 28 | |
| 142 | DAYSOON LOGISTICS INC. | Network 28 | |
| 143 | DAYSOON FASHION INC. | Network 28 | |
| 144 | NOBLEWOMAN INC. | Network 28 | |
| 145 | OMOAODTG INC. | Network 28 | |
| 146 | VVUBCJOE INC. | Network 28 | |
| 147 | MUXTBSUP INC. | Network 28 | |
| 148 | DAPEN.SHOP INC. | Network 28 | |
| 149 | KBBG FASHION GROUP INC. | Network 28 | |
| 150 | U2 FASHION INC. | Network 28 | |
| 151 | KJKK FASHION OUTLET INC. | Network 28 | |
| 152 | X5 MOBILE ACCESSORY INC. | Network 28 | |
| 153 | T8 TRADING INC. | Network 28 | |
| 154 | T7 TRADING INC. | Network 28 | |

4

| | Defaulting Defendants | | |
|---|---|---|---|
| | *The individual Defaulting Defendants comprising each Defendant network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 155 | STAR EFX TRADING INC. | Network 28 | $99,000,000 |
| 156 | EFX TRADING INC. | Network 28 | |
| 157 | Gang Liu (刘港) | Network 28 | |
| 158 | Yadong Huang (黄亚冬) | Network 28 | |
| 159 | Deyang Lin | Network 28 | |
| 160 | Ying Quan Zhong | Network 28 | |
| 161 | footskick.ru | Network 28 | |
| 162 | clubkickz.com | Network 28 | |
| 163 | $Kaideninc616 | Network 29 | $82,000,000 |
| 164 | Guanxing Zhang | Network 29 | |
| 165 | coolkicksmall.com | Network 29 | |
| 166 | WTP*stepsupshoes | Network 30 | $51,000,000 |
| 167 | crewkick.net | Network 30 | |
| 168 | crewkicks.org | Network 30 | |
| 169 | Jiemao Commerce Co. Ltd. | Network 31 | $63,000,000 |
| 170 | Mingjie Gong (龚明杰) | Network 31 | |
| 171 | dopesneaker.co | Network 31 | |
| 172 | Zhixiong Qi (志雄 祁) | Network 32 | $75,000,000 |
| 173 | Flight Kickz | Network 32 | |
| 174 | Chan Wai | Network 32 | |
| 175 | Chen Chen (陈晨) | Network 32 | |
| 176 | Markesha Houston | Network 32 | |
| 177 | Bo Ying Trading Hongkong Limited | Network 32 | |
| 178 | flightkickz.cn | Network 32 | |
| 179 | flightkickz.com | Network 32 | |
| 180 | kicksgate.com | Network 32 | |
| 181 | ln5factory.com | Network 32 | |
| 182 | yzynation.com | Network 32 | |
| 183 | Huijian Zheng (郑会见) | Network 33 | $90,000,000 |
| 184 | Shen Li | Network 33 | |
| 185 | gmkim.vn.ua | Network 33 | |
| 186 | Joom E-Commerce Company Limited | Network 34 | $87,000,000 |
| 187 | Zhesheng Chen (陈哲晟) | Network 34 | |
| 188 | hotkickss.ru | Network 34 | |
| 189 | seekick.ru | Network 34 | |
| 190 | EKO DG TRADING INC. | Network 35 | $68,000,000 |
| 191 | Yung O Yang | Network 35 | |
| 192 | hypeboosts.ru | Network 35 | |
| 193 | hypeboost.shop | Network 35 | |
| 194 | hypeboost.store | Network 35 | |

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
| | **Defaulting Defendants** | | |
| | *The individual Defaulting Defendants comprising each Defendant network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| 195 | hypeboosts.com | Network 35 | $68,000,000 |
| 196 | hypeboost.ru | Network 35 | |
| 197 | jdfoot.co | Network 36 | $58,000,000 |
| 198 | clothswmalls.com | Network 36 | |
| 199 | Vkomall | Network 37 | $60,000,000 |
| 200 | One Pick (HK) Limited | Network 37 | |
| 201 | pkshoes.store | Network 37 | |
| 202 | Tongcheng Peina Department Store a/k/a Tong Cheng Pei Na Bai Huo Dian (通城佩娜百货店) | Network 38 | $56,000,000 |
| 203 | PEINABAXNYJ | Network 38 | |
| 204 | Peina Zhu (朱佩娜) | Network 38 | |
| 205 | popshoe.org | Network 38 | |
| 206 | popkicks.org | Network 38 | |
| 207 | jordankicks.org | Network 38 | |
| 208 | dunkskicks.org | Network 38 | |
| 209 | popsneakerofficial.org | Network 38 | |
| 210 | taosneakers.com | Network 39 | $79,000,000 |
| 211 | cnfashionclub.com | Network 39 | |
| 212 | CNFASHIONC | Network 39 | |
| 213 | ALTERNATIVE SUPPLIE LLC | Network 39 | |
| 214 | Chaolong Lin | Network 39 | |
| 215 | Bryant Mills | Network 39 | |
| 216 | Luis Carrasco | Network 39 | |
| 217 | uabat.xyz | Network 40 | $85,000,000 |
| 218 | uabatman.com | Network 40 | |
| 219 | Liwei Liu (刘利伟) | Network 40 | |
| 220 | pkstockx.cc | Network 41 | $47,000,000 |
| 221 | Nadine Wingfield | Network 41 | |
| 222 | Mb22 Management, Llc | Network 41 | |
| 223 | sneakerwill.shop | Network 42 | $75,000,000 |
| 224 | 莆田百耀科技有限公司 | Network 42 | |
| 225 | BAIYAOKEJIY | Network 42 | |
| 226 | Guoqing Yang (杨国清) | Network 42 | |
| 227 | Chunyan Huang (黄春燕) | Network 42 | |
| 228 | luckshoes.ru | Network 43 | $55,000,000 |
| 229 | Liming Lin (林丽明) | Network 43 | |
| 230 | Jianhui Liu (刘建辉) | Network 44 | $99,000,000 |
| 231 | perfectkicks.top | Network 44 | |
| 232 | jaskicks.ru | Network 45 | $31,000,000 |
| 233 | Xiaoqing Zhong (钟小青) | Network 45 | |

6

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
| | **Defaulting Defendants** | | |
| | *The individual Defaulting Defendants comprising each Defendant network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| 234 | COPTOP | Network 46 | $44,000,000 |
| 235 | Zhenqin Chen (陈珍琴) | Network 46 | |
| 236 | coptop.ru | Network 46 | |
| 237 | coptop.net | Network 46 | |
| 238 | m1sneakers.com | Network 47 | $23,000,000 |
| 239 | WANWAY LIMITED (万里红有限公司) | Network 47 | |
| 240 | Jianhui Chen (陈建辉) | Network 47 | |
| 241 | Zhanhu Li (李展虎) | Network 47 | |
| 242 | bombline.cc | Network 48 | $41,000,000 |
| 243 | bombline.la | Network 48 | |
| 244 | Bo Ying Trading Hong Kong Limited | Network 48 | |
| 245 | Fang Zheng (郑芳) | Network 48 | |
| 246 | ebuysneakers.com | Network 49 | $58,000,000 |
| 247 | Lishan Lin (林丽珊) | Network 49 | |
| 248 | SP Xylar Studio | Network 50 | $4,000,000 |
| 249 | xylar.co | Network 50 | |
| 250 | $DedianFang | Network 51 | $52,000,000 |
| 251 | Rey Washington | Network 51 | |
| 252 | rsneakers.fun | Network 51 | |
| 253 | dmsneaker.com | Network 51 | |
| 254 | SOLENLACESC | Network 52 | $6,000,000 |
| 255 | Sole N Laces d/b/a SOLE-N-LACES | Network 52 | |
| 256 | Challis Bruce | Network 52 | |
| 257 | solenlaces.com | Network 52 | |